# Appendix C
## Supporting Evidence

— PLEASE PAY ESPECIAL ATTENTION to the made-up STATEMENT[S] IN EXHIBIT N° 2, by MRS. MELISSA JONES; SINCE SHE WAS NEVER THERE

1

```
1  Edward Morales
   110 N.3rd. Ave. #2m
   Mount Vernon, New York 10550
2  (914)751-4388
3
```

# UNITED STATE DISTRICT COURT

New York Southern District Court

| | |
|---|---|
| Edward Morales (Pro-see) | ) Case No. Pending |
| Plaintiff, | ) Statutory Notice; |
|  | ) Intention of Legal Action and |
| vs. | ) Subject to modification and in accordance with |
|  | ) 42 U.S.C. § 6104. |
| State University of New York. | ) |
| Purchase College. | ) |
| Ricardo Espinales | ) |
| Richard Nassisi | |
| Bill Baskin. | |
| Denny Santos. | |
| Sandee Maung. | |
| Louise Yelin. | |
| Marc Burdzinski. | |
| Emely Balcom. | |
| Lois Wald. | |
| Qui-Qui Balassio | |
| Tori Galatro | |
| Melissa Jones | |
| Adrienne Belluscio | |
| Qui-Qui Balascio | |
| Wendy Kowalczyk | |
| Bill Junor | |
| Defendants | |

## NOTICE

Plaintiff In accordance and in pursuant to 42 U.S.C. § 6104(e)(1) is here giving all defendants the **final** 30 day notice, by the fact that all administrative--OCR--remedies—in good faith-- and time limitations have been exhausted. This notice serves as the formal statutory requirement pursuant to 42

U.S.C. § 6104(e)(1); that Plaintiff's **will file a lawsuit** against Defendants in United State Federal Court, New York State Supreme Court, and New York State Court of Claims, without further notice, due, but not limited to, Defendants involvement in violation of the following, not including a legal theory:

1. The Privacy Act of 1974.

2. The Electronic Communications Privacy Act of 1986

3. The Rehabilitation Act, the New York State Human Rights Law ("NYSHRL").

4. Denial of the equal protection and due process clauses of the New York and United States Constitution.

5. The Stored Communications Act.

6. Tort Law; negligence, intentional infliction of emotional pain, and others.

7. Failure to make reasonable accommodation, and retaliation under the Americans With Disabilities Act ("ADA").

8. The New York Civil Rights Law ("NYCRL").

9. Age and/or Gender Discrimination.

10. Housing Discrimination.

11. Others.

In order to facilitate all legal proceedings, Plaintiff will provide all necessary discoveries and documentation of evidence available to Plaintiff to date to support all, but not limited,

claims herein numbered above, based or not on OCR depositions and/or remedies. Said discovery will not include names of prospective witnesses, such school official, and documentation to be subpoena in support of each claim.

Defendants, at all times, within this thirty (30) days' notice can notify—via email— plaintiff of any intention to resolve solve, remedy, correct, this/these or any other claims, complaints, violation, pending or not pending with OCR, hence plaintiff will agree, in-good-faith, to freeze all action[s] against all or single defendant[s], hence, allowing good-faith-negotiations— to take place, without mediation. Plaintiff will not mediate directly with any Defendant, with the exception of Mrs. Wendy Kowalczyk, due to her Attorney-person status.

Dated this 13rd day of February, 2013

X_____

Edward Morales (Pro-see)
110 N.3rd. Ave. #2m
Mount Vernon, New York 10550
(914)751-4388 or
edawrd.morales@purchase.edu

*In accordance and pursuant to 42 U.S.C. § 6104(e)(1), all parties herein bellow are notified via certified mail;*

CC   Attorney General of the United States;
     U.S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001

CC   Secretary of Health and Human Services;
     The U.S. Department of Health and Human Services
     200 Independence Avenue, S.W.
     Washington, D.C. 20201

CC   Secretary of Education;
     490 L'Enfant Plaza, SW, Room 2100A
     Washington, DC 20202

CC   Secretary of Housing and Urban Development;
     U.S. Department of Housing and Urban Development
     451 7th Street S.W., Washington, DC 20410

CC   State of New York;
     Office of the Attorney General
     The Capitol
     Albany, NY 12224-0341

| | | |
|---|---|---|
| 1 | CC | State University of New York; |
| 2 | | Board of Trustees |
| 3 | | State University Plaza |
| 4 | | 353 Broadway |
| 5 | | Albany, New York 12246 |
| 6 | | |
| 7 | CC | Purchase College; |
| 8 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 9 | | (914) 251-6000 |
| 10 | | |
| 11 | CC | Marc Brudzinski; |
| 12 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 13 | | (914) 251-6000 |
| 14 | | |
| 15 | CC | Rich Nassisi; |
| 16 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 17 | | (914) 251-6000 |
| 18 | | |
| 19 | CC | Bill Baskin; |
| 20 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 21 | | (914) 251-6000 |
| 22 | | |
| 23 | CC | Denny Santos; |
| 24 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 25 | | (914) 251-6000 |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | CC | Sandee Maung. |
| 2 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 3 | | (914) 251-6000 |
| 4 | | |
| 5 | CC | Lois Wald; |
| 6 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 7 | | (914) 251-6000 |
| 8 | | |
| 9 | CC | Melissa Jones |
| 10 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 11 | | (914) 251-6000 |
| 12 | | |
| 13 | CC | Qui-Qui Balascio |
| 14 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 15 | | (914) 251-6000 |
| 16 | | |
| 17 | | |
| 18 | CC | Adrienne Belluscio |
| 19 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| | | (914) 251-6000 |
| 20 | | |
| 21 | CC | Wendy Kowalczyk |
| 22 | | Office of the Attorney General |
| 23 | | The Capitol |
| 24 | | Albany, NY 12224-0341 |
| 25 | | |
| 26 | CC | Bill Junor |
| 27 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 28 | | (914) 251-6000 |

| | | |
|---|---|---|
| 1 | cc | Tori Galatro |
| 2 | | 735 Anderson Hill Rd Purchase, NY 10577 |
| 3 | | (914) 251-6000 |

[Pleading title summary] - 7

*[U.S. Postal Service Signature Confirmation Receipts affixed, addressed to "SUNY ALBANY / Ms. Wendy Kowalczyk" and "SUNY Tovots Office", postmarked Purchase NY 10577]*

E DISTRICT COURT

:hern District Court

) Case No. Pending
)
) Statutory Notice;
) Intention of Legal Action and
) Subject to modification and in accordance with
) 42 U.S.C. § 6104.
)
)
)
)

17  Qui-Qui Balassio
    Tori Galatro
18  Melissa Jones
    Adrienne Belluscio
19  Qui-Qui Balascio
    Wendy Kowalczyk
20  Bill Junor
21              Defendants
22
23
24                      **NOTICE**
25  Plaintiff In accordance and in pursuant to 42 U.S.C. §
26  6104(e)(1) is here giving all defendants the **final** 30 day
27  notice, by the fact that all administrative--OCR--remedies-in
28  good faith-- and time limitations have been exhausted. This
    notice serves as the formal statutory requirement pursuant to 42

[Pleading title summary] - 1

*[USPS Signature Confirmation Receipt #1]*
Article Sent To: SUNY ALBANY
Wendy Kowalczyk
Postmark: PURCHASE NY 10577, FEB 2
Priority Mail Service ☑

*[USPS Signature Confirmation Receipt #2]*
Article Sent To: SUNY Provosts Office
16 School Officials
Postmark: PURCHASE NY 105[--]
Priority Mail Service ☑

...DISTRICT COURT
...thern District Court

) Case No. Pending
)
) Statutory Notice;
) Intention of Legal Action and
) Subject to modification and in accordance with
) 42 U.S.C. § 6104.
)

17  Qui-Qui Balassio
    Tori Galatro
18  Melissa Jones
    Adrienne Belluscio
19  Qui-Qui Balascio
    Wendy Kowalczyk
20  Bill Junor

21              Defendants

## NOTICE

Plaintiff In accordance and in pursuant to 42 U.S.C. § 6104(e)(1) is here giving all defendants the **final** 30 day notice, by the fact that all administrative--OCR--remedies-in good faith-- and time limitations have been exhausted. This notice serves as the formal statutory requirement pursuant to 42

[Pleading title summary] - 1