another no accommodation and retaliation in October 2011 Balascio, Santos and Maung - Outlook Web App, light version    3/30/14 2:24 PM



## Outlook Web App

Type here to search   Entire Mailbox ∨   🔍   　　🔲   📋 Options  ❓   Sign out

Mail

- Deleted Items
- Drafts [15]
- Inbox (697)
- Junk Email
- Sent Items (2)

Click to view all folders ⌄

- **Attached Receeved** (2)
- E-mails from students
- Letters From FED & State
- Notes From Financial Aid
- Notes From Registar

- Manage Folders...



# another no accommodation and retaliation in October 2011 Balascio, Santos and Maung

## MORALES, EDWARD

You forwarded this message on 6/22/2013 11:02 PM.

| Sent: | Wednesday, August 8, 2012 12:40 PM |
|---|---|
| To: | wendy.kowalczyk@suny.edu; james.moser@ed.gov; Bianchi, Carrie; Balascio, Qui Qui; Ceng, Kathleen; **Delate, John**; Espinales, Ricardo; Jones, Melissa; Santos, Denny; **Mait, Ronnie**; Maung, Sandee |

Attachments:  📎 CCF08082012_0001.jpg (811 KB);  📎 CCF08082012_0000.jpg (617 KB)

Mr.
Jame Moser

On or about October 2011 I went to the
residential life building; I was very sick, with
spasms to the spine and neck. I knock a semi-open
door, Ms Maung's office ( I did not know her);
she was with 2 other students, I asked if I could
use her office phone, because i was feeling very
sick and that I needed transportation; I also
told her that I was disable and that the college
knew. She said to go back to Humanity building
and ask there, she was very arrogant, and I told
her I was going to complain. She later accussed
me of a misconduct issue. I file a complaint with
QUI-QUI BALASCIO--which by you should be familiar
with, she is the person that  orchestrated the
retaliation action 2 weeks ago--and she said
that...see attached. Balascio is the same lady
that put me on provation two eeks ago, she is
also being named on both "Intention of Legal
Actions". I did attended to the hearring. Santos
found me responsible; he said I never attended
the hearing. Later I found that Balascio, Santos
and Maung work together. I could have a severa
compression on my discs that could killed me. And
this is what I get.


E Morales

another no accommodation and retaliation in October 2011 Balascio, Santos and Maung - Outlook Web App, light version
3/30/14 2:24 PM

CC

Wendy L. Kowalczyk
Associate Counsel
Office of General Counsel
The State University of New York
State University Plaza - Albany, New York 12246
Tel: 518.320.1400    Fax: 518.320.1541

Connected to Microsoft Exchange

Notification to
Mrs. Kowalczyk.

pre-hearing - Outlook Web App, light version                                      3/30/14 2:26 PM



| Type here to search | Entire Mailbox ▾ | 🔍 | 📖 | ▤ Options | ❓ | Sign out |

**Mail**

........

- 🗑 Deleted Items
- 📝 Drafts [15]
- 📥 Inbox (697)
- 📧 Junk Email
- 📤 Sent Items (2)

Click to view all folders ≫

- 📁 **Attached Received (2)**
- 📁 E-mails from students
- 📁 Letters From FED & State
- 📁 Notes From Financial Aid
- 📁 Notes From Registar

- ⚙ Manage Folders...

🔄 Reply   🔄 Reply All   ➡ Forward   |   ⤴ ✖ 🗑 Junk   Close

### pre-hearing
MORALES, EDWARD

You forwarded this message on 6/22/2013 11:00 PM.

**Sent:** Tuesday, February 12, 2013 5:41 PM
**To:** Wendy.Kowalczyk@suny.edu; Baptiste, Michele

Mrs. Kowalczyk.

On the upcoming--no date yet--preliminary
hearing, I strongly recommend Ms Jone stays
within all legal parameters, whether Federal
Titles and/or State law, of legal procedures.
Also,  be aware/notified that if I agree to any
"pre/hearing" it, by no means,  I will be waiving
of my civil rights and further preceding or
actions on a higher Judicial system of law
enforcement; these may take place.


Thanks,

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

Connected to Microsoft Exchange

https://vsmailcas01.purchase.edu/owa/?ae=PreFormAction&t=IPM.Note&a=Del                Page 1 of



**FAX**

For: Erin Peters, Assistant Director of Transfer Admissions

Fax number: 518-564-2045

From: Melissa Jones, Community Standards Purchase College, S.U.N.Y.

Fax number: (914) 251-6034

Date: January 9, 2014

Regarding:   Edward Morales – Additional Documents

Number of pages: 29 (including cover)

Comments: **CONFIDENTIAL**

Per our conversation on January 7, 2014, please find the additional information that was requested regarding reports related to Edward Morales's disciplinary action for the review board.


If you have questions, please feel free to contact me at (914) 251-6033



**Purchase College**
STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Road
Purchase, NY 10577-1400

tel  914 251 6030
fax  914 251 6034

January 9, 2014

Erin Peters
Assistant Director for Transfer Admissions
State University of New York at Plattsburgh
101 Broad Street
Plattsburgh, New York 12901

RE: Edward Morales Release of Disciplinary Records

Dear Ms. Peters:

I am attaching the following explanation regarding whether the applicant, Edward Morales, has been subject to disciplinary action while in attendance at Purchas College, S.U.N.Y., during his attendance between the Fall 1998 – Spring 2013 semesters.

Mr. Morales was found responsible for F.6 (failing to respect the ongoing legitimate functions of classes, meetings, office procedures, study, sleep, or any authorized activity) on October 24, 2011 and was sanctioned to a disciplinary reprimand.  Please reference Student Affairs Incident #342 for additional information.

Mr. Morales was found responsible for plagiarism on October 26, 2011 and assigned a permanent F for the course "SPA 3800: Translation Workshop Spanish." Please reference the report entitled "Academic Integrity Notification Form" for additional information

Mr. Morales was found responsible for F.3 (violates a no contact order issued by the college) on July 24, 2012 and sanctioned to disciplinary probation through July 24, 2013. Please reference Student Affairs Incident #1132 for additional information.

Mr. Morales was found responsible for D.3 (damages, defaces, destroys, or tampers with property owned by the college or in possession of another person), C.3 (threatens, harasses, or intimidates), F.1 (fails to respond to the reasonable request of college officials who are acting within their authority) on March 20, 2012 and sanctioned to disciplinary probation through July 24, 2014. Please reference Student Affairs Incident #1749 and University Police Report #590-13 for additional information.

Mr. Morales was found responsible for F.3 (violates a no contact order issued by the college), C.3 (threatens, harasses, or intimidates), and F.6 (failing to respect the ongoing legitimate functions of classes, meetings, office procedures, study, sleep, or any authorized activity) on April 3, 2013 and sanctioned to suspension effective April 8, 2013 at 1 pm through August 1, 2013. Please reference Student Affairs Incident #2090 and University Police Report #1559-13 for additional information.

It should also be noted that Mr. Morales is currently declared Persona Non Grata from the State University of New York at Purchase College due to pending disciplinary action from an incident reported on August 15, 2013. In turn, Mr. Morales may not at any time for any purpose be present on campus. Please reference University Police Report #3111-13 for additional information.

If you require any additional information, please feel free to contact me at (914) 251-6033.

Sincerely,

Melissa Jones
Director for Community Standards

*SEND -TO 7 SUNY SCHOOLS*

**Santos, Denny**    *JUST TWO MONTHS AGO*

| | |
|---|---|
| **From:** | sandee.maung@purchase.edu |
| **Sent:** | Wednesday, October 19, 2011 12:41 PM |
| **To:** | Santos, Denny |
| **Subject:** | Please complete Initial Conference. schedule it up here, using the hearing room, which is rm 322 |

**Follow Up Flag:**    Follow up
**Flag Status:**    Flagged

*PLEASE*
*BE THE CONTRADICTING*
*2  MISLEADING STATEMENT*
*by  Ms MELISSA JONES*



**Purchase College**
STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 342    Report Number: 342

**INCIDENT TYPE**
Other

**INCIDENT TOOK PLACE**
Date: 10/18/2011    Time: 04:55 PM
Location: New Student Services,Room 317

**REPORT**
Date Submitted: 10/19/2011  Position: Staff  Filed By: Melissa Jones  CID: ▮▮▮▮▮  Building: Student
Services  Room: 312  Work Phone  (914)251-6033

**PERSONS ALLEDGLY INVOLVED**
Name: Edward Morales  CID: ▮▮▮▮▮

**WITNESS TO INCIDENT**
Name: Sandee Maung  CID: 0  Building:Student Services  Room:317  Work Phone  9142516027

**POLICE REPORT INFO**
[x] No police report

1

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 342     Report Number: 343

## INCIDENT TYPE
Other

## INCIDENT TOOK PLACE
Date: 10/18/2011     Time: 04:50 PM
Location: Student Services,317

## REPORT
Date Submitted:  10/19/2011  Position: Staff  Filed By: Sandee Maung  CID: [redacted]  Building: Student
Services  Room: 317  Work Phone  (914)251-6027

## PERSONS ALLEDGLY INVOLVED
Name: Edward Morales  CID: [redacted]

## WITNESS TO INCIDENT
Name: Alejandro Ceballos  CID: [redacted]  Building:  Room:  Cell Phone [redacted]

Name: Melissa Jones  CID: 0  Building:Student Services  Room:312  Work Phone  9142516033

Name: Victoria Stern  CID: [redacted]  Building:  Room:  Cell Phone [redacted]

## POLICE REPORT INFO
[x] No police report

## INCIDENT DESCRIPTION
On Tuesday, October 18, 2011 at 4:50pm, Melissa Jones and 2 RA's were meeting to discuss a program that
would occur next week. Edward Morales walked by the door and said he needs to use the phone right now
because there are documents that he needed to use the phone and he just wants to use the phone because he
sent him all over the place and sent him here to use the phone and he just wants to use the phone because he
does not have a cell phone. I looked at Melissa and Melissa looked at me and then looked at Edward and said
what office sent you here? I am not 100% sure but I believe he said, "do you hear me? I said I need to use the
phone, I have to do this before 5:00pm, all I want is to use the phone, and nobody is letting me use the phone. I
then asked what is the phone call in regards to.  And he replied that he needs to use the phone for documents
and why doesnt anyone let him use the phone and that he is a student and he wants to use the phone now.
Melissa then looked at me and asked where he could he use a public phone.... maybe UPD? Then she looked
towards his way and we both said UPD, and Victoria Stern the RA said yes, you should be able to access the
phone at UPD. He then said NO, I dont want to use the phone at UPD, UPD, sent me here. I want to use the
phone now.  He then began pacing in agitation and he said I dont understand why everybody is so unhelpful.

· 3

REQUEST to USE THE PHONE
TO CALL FOR TRANSP
Fi.

DEFUSE ACCOMODATION



Office Outlook Web Access    Find Someone    Address Book

Most Recent Recipients

(SFS. maildrop)
(SOA. students.all)
ABRAMS, KATHERINE
admissions@fcsl.edu
ALVARADO, KATHERINE
Apostle, Basil
Balascio, Qui Qui
Balcom, Emily
BALLOU, KATHERINE
Bianchi, Carrie
Booker, Brian
BORST, KATHERINE
BOSEK-SILLS, KATHERINE
BRESS, KATHERINE
Brian Booker
brian.booker@purchse.edu
BRIGANTI, KATHERINE
bukerbag@yahoo.com
bukerbag@yahoo.com

**To...** | Balascio, Qui Qui [remove]
**Cc...**
**Bcc...**
**Subject:** | RE: Response for Mr. Morales
Attachments...

From: Balascio, Qui Qui
Sent: Monday, October 24, 2011 2:25 PM
To: MORALES, EDWARD
Cc: (SAF. student.affairs); Espinales, Ricardo; Dixon, Barbara; Bianchi, Carrie
Subject: Response for Mr. Morales

Dear Mr. Morales,

I have received your email of complaint regarding you not being permitted to use a telephone in Ms. Maung's office on Tuesday, October 18, 2011.  My understanding of the event is that Ms. Maung was meeting with three people in her office when you entered and demanded to use the phone.

Please be advised that nowhere in the ADA does it specify that someone who states that they are disabled has the right to interrupt meetings and demand the use of a telephone.  The ADA specifies that the college provide accommodations to individuals who are registered through the Special Student Services Office.  It is also specific in terms of what types of accommodations are required to be offered and to whom (i.e., those who have followed appropriate registration procedures and submitted all necessary documentation).

As such, I will not be taking any action against Ms. Maung.

Sincerely,
Qui Qui Balascio

Qui Qui Balascio, LMSW, CEAP, SAP
Associate Dean for Student Affairs
Purchase College, SUNY
Student Affairs - Student Services 320
735 Anderson Hill Road
Purchase, NY 10577-1400
Phone: (914) 251-7988
Fax: (914) 251-7996
Email: Quiqui.balascio@purchase.edu

"These records are protected by the Family Educational Rights and Privacy Act and are provided under an exception to the Act found in Section 99.32.  These records must be maintained confidentially and may not be redisclosed.  They must be destroyed when your legitimate educational interest no longer exists."

From: MORALES, EDWARD
Sent: Monday, October 24, 2011 1:47 PM
To: (SAF. student.affairs)
Subject:

From: MORALES, EDWARD
Sent: Monday, October 24, 2011 1:12 PM
To: Espinales, Ricardo; Dixon, Barbara; Bianchi, Carrie
Subject:

Sir/Madame.

I hereby request an investigation of, Again, a possible retaliation or abuse of power from the part of Purchase employee; Sandee Maung, Assistant Director of residence life. on 10/18/2011 was asked to assist a disable person in need of an emergency phone call. Miss Maung refused, which causes another violation of the American with Disability act from part of the college staff. As consequence of Ms Maung I (the student and client) advised Mrs Maung that a complaint was going to be file against her. As way of retaliation an abuse of power Mrs Santos has file the enclosed complaint. This later incident only add to the overwhelming proof that the college does not have or never had the intention of providing special confederation by being in compliance with the American with disability act. This will be added to all the other violations to the pending possible litigation.

Connected to Microsoft Exchange

This school asks for documents and now to give them the documents you are asking for, you wont let me use the phone. Then Melissa asked him, which office is asking you for documents. He then responded, Why do you have an atittude? Why does everyone have an attitude. I then said, we just want to know which office is requesting you to get these documents, because maybe they can allow you to use their phone. He said, NO, its already almost 5pm. I need to get this done by 5:00pm. He then looked at me and said Are you in charge here? I said no I am not in charge here. He said well who is in charge here? Then before I can answer he started getting very upset and yelling and saying he demands to use the phone now and then he asked me for my business card to which I then gave him. He said he is going to press charges and that everyone is so unhelpful and is this how we treat students to now allow them to use the phone. Alejandro then said, how long is the phone call for. Then Edward responded only a few minutes. I just need to get something (either faxed or to receive- I am not sure which one he said). Then Alejandro said, just use my phone. Then Edward looked at me and said you see? You see, even he so nice to let me use your phone. but you, you wont let me use the phone. I am going to press charges, and he then left very angrily.

## DISCLAIMER
[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.
[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.
[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

## SIGNATURE
sandee.maung Date: 10/19/2011

## ATTACHED FILES
No file(s)

— PLEASE NOTE THAT THIS STATEMENT WAS WRITTEN by Def. MS JOWES, & SHE USES HER NAME INSTEAD of. SANDEE MAUNG, AND MS MELISSA JOWES WAS NEVER THERE

— SHE NEVER STATE THAT I WAS SICK & I NEED TO USE PHONE

— STUDENTS WILL TESTIFY.

4

## INCIDENT DESCRIPTION

On Tuesday, October 18, 2011 at approximately 4:55 pm, I was meeting with Sandee Maung and two paraprofessionals when a student, now identified as Edward Morales, interrupted the meeting. He stated to the group that he needed to use a phone to fax important documents prior to 5 pm and did not have a cell phone. I looked at Sandee and we both agreed that UPD would be the best place for him to have access to a phone and relayed this information to Edward. He looked at Sandee and I and said, "No. I already came from there. They sent me here." He continued to say how he has been sent all over the campus and just needed a phone. Sandee explained that we needed more information and asked him who he needed to call. He avoided answering this question and said with a firm and slightly paniced voice that he needed a phone to call for documentation requested by the school. Sandee and I told him we understood but that we needed more information. Then Sandee or I asked who needed the documentation and that they should allow him to use their phone. He started to become irrate and continued raising his voice about how unhelpful this campus is and how everyone is angry. Sandee then explained that we were trying to help but could not just allow him to use our phones and that he should go back to the department that sent him. At that point, one of the paraprofessionals asked how long his call would be and Edward stated 2 mintues and that he just needed to fax something. The student then offered to let him use his cell phone. At that point, Edward gestured toward the student and said, "See such a nice young man willing to help." He then looked at Sandee and said, "Will you let me use your phone? Yes or no." Again, his tone was assertive, irritable, and slightly aggressive. Sandee looked at him and said, "No, we cannot just let you use our phones, you need to go back to the department requesting the material." At that point, Edward requested Sandee's card and told her he was filing a complaint across the street. He left without using the student's cell phone.

While I cannot recall every aspect of the conversation, I do know that as Sandee and I asked questions of Edward to better understand the situation, he became more and more visibly iritated and frustrated. His tone also continued to escalate and create an uncomfortable and uncertain situation, since I could not fully understand what assistance he needed and for what purpose.

## DISCLAIMER

[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.

[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.

[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

## SIGNATURE
melissa.jones Date: 10/19/2011

## ATTACHED FILES
No file(s)



Purchase **College**

STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

## ACADEMIC INTEGRITY NOTIFICATION FORM

Name of Student: EDWARD MORALES

Mailing Address: ███████████████████████   Campus Box:

I have detected what may be a violation of Purchase College's Academic Integrity Policy (available at www.purchase.edu/Policies/academicintegrity.aspx)

Name of Instructor: MARC BRUDZINSKI   Date: SEPT. 30 2011

Campus Email: marc.brudzinski@purchase.edu   Tel.: x6561

Campus Office: Building Humanities   Room Number: 2013

Course Number & Title: SPA 3820 : Translation Workshop-Spanish

Description of Alleged Violation (attach additional pages, if needed, and copies of documentation):

Please see attached.

I have scheduled an Initial Conference to discuss the alleged violation with you in my office, listed above, on: (day and date) Oct. 4, 2011 (Tuesday) at (time) 9:45

If you have a conflict and need to reschedule, you must call or email me immediately. Be sure to leave a message if I am not available.

If you fail to appear at the time and place stated above or to make alternate arrangements, the above description of the alleged violation will be considered true and accurate, and you will waive your right to a hearing before the Academic Integrity Committee. For further information, please contact me or consult the Purchase College Academic and Professional Integrity Policy available at www.purchase.edu/Policies/academicintegrity.aspx.

cc:   Instructor
Student
Rich Nassisi, AIC Chair

6/09

It looks like Edward Morales plagiarized large parts of his translation of a poem by José Luis Borges for assignment 2.1 in SPA3800. More precisely, it looks like he used the translation by Ezequiel Zaidenwerg published on the blog whose URL is the following as the basis for his translation, changing only a few words:

http://spanishpoems.blogspot.com/2006/12/jorge-luis-borges-two-english-poems.html

Following my explanation below, please find attached:

-The original poem by Borges as distributed to the class
-a copy of Zaidenwerg's translation as it appears on the blog whose URL is given above
-Edward's submitted translation

There are three main kinds of evidence to support my contention of plagiarism:

1.

Edward included, as part of his translation, paratextual material from the blog that is not part of the assigned poem. The translation on the blog has the line:
"Etiquetas: J. L. Borges"
This means "Tags: J. L. Borges" -- "tags" is a word that would only be used on a blog. It makes no sense in English or in Spanish unless you're talking about a blog. Edward includes the phrase in Spanish as part of the translated poem that he submitted for the class. This makes no sense unless he simply cut and pasted it from the blog, where it appears exactly that way because the rest of the blog is in Spanish.

2.

In the text itself, Edward uses many surprising turns of phrase that are the same turns of phrase used by Ezequiel Zaidenwerg. Two examples:

a.

Borges's original:
*The surge, that night, left me the customary shreds and odd ends: some hated friends to chat with, music for dreams, and the smoking of bitter ashes*

Zaidenwerg's translation:
*La marea, esa noche, me dejó los jirones y retazos disjuntos de costumbre: algunas amistades que odio, para charlar; música para sueños; la humareda de cenizas amargas.*

Edward's translation:
*La marea, esa noche, me dejó los jirones y retazos disjuntos como costumbre:*

*algunas amistades odiosas, para charlar; música para sueños;*
*la humareda de cenizas amargas.*

N.B.:

-The replacement of "and" with a semicolon before "la humareda"
-The translation of "friends to chat with" as "amistades [comma] para charlar" (the comma is what necessitates the semicolon)

b.

Borges's original:
*The useless dawn finds me in a deserted streetcorner; I have outlived the night.*
*Nights are proud waves; darkblue topheavy waves*

Zaidenwerg's translation:
*El alba inútil me sorprende en una esquina desierta; sobreviví a la noche.*
*Las noches son como olas orgullosas; olas azul oscuro, de pesadas crestas,*

Edward's translation:
*El alba inútil me sorprende en una esquina desierta; sobreviví a la noche.*
*Las noches son como olas orgullosas; olas de azul oscuro, de pesadas crestas,*

N.B.

-The translation of "finds" as "sorprende"
-The change of the night/waves metaphor to a simile
-The translation of "topheavy waves" as "olas [...] de pesadas crestas"

3.

Some words have been changed between Zaidenwerg's published translation and Edward's submitted translation. But the rest of the sentence syntax was not changed in response to the changed word. One example:

Borges's original:
*of things half given away, half withheld*

Zaidenwerg's translation:
*de cosas que se dan por la mitad y a medias se retienen*

Edward's translation:

*de cosas dadas por la mitad y por la mitad se retienen*

N.B.

**Edward** seems to have changed the verbal phrase "que se dan" used by Zaidenwerg to the participial adjective "dadas," but leaving the other verb in the parallel structure in its verb form ("se retienen" instead of the participial adjective "retenidas"). The sentence resulting from this partial change does not make sense in the way that the original makes sense or Zaidenwerg's translation makes sense; it reads like a word was changed without thought to the rest of the sentence.



**Purchase College**
STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 1132      Report Number: 1132

## INCIDENT TYPE
Other

## INCIDENT TOOK PLACE
Date: 6/19/2012   Time: 10:36 PM
Location: Other, Via Email

## REPORT
Date Submitted:  6/20/2012  Position: Staff  Filed By: Maryalice Balascio   CID: ▇▇▇▇
Building: Student Services   Room: 320   Work Phone   (914)251-7988

## PERSONS ALLEDGLY INVOLVED
Name: Edward Morales   CID: ▇▇▇▇   Building: ▇▇▇▇   Room: ▇▇▇   Cell Phone
▇▇▇▇

## WITNESS TO INCIDENT
Name: Emily  Balcom   CID:  0  Building:Student Services   Room:3rd floor   Work Phone
9142516320

Name: John  Delate   CID:  0  Building:Student Services   Room:3rd floor   Work Phone  9142516320

Name: Tori  Galatro   CID: ▇▇▇▇

Name: Melissa  Jones   CID:  0  Building:Student Services   Room:3rd floor   Work Phone  9142516033

Name: Angela  Kang   CID:  0  Building:The Olde   Room:J21   Work Phone  9142513170

Name: Denny  Santos   CID:  0  Building:Big Haus   Room:A18   Work Phone  9142517040

## POLICE REPORT INFO
[x] No police report

## INCIDENT DESCRIPTION
On Tuesday, June 19, 2012, I was sent an email from Edward Morales regarding his no contact order with Tori Galatro.  Mr. Morales also sent that email to Tori Galatro, which is a violation of his no contact order.

## DISCLAIMER
[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.
[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.
[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

## SIGNATURE
quiqui.balascio Date: 6/20/2012

## ATTACHED FILES
File Creation Date: 6/20/2012 11:12:08 AM File Created By: quiqui.balascio
File Description: Edward Morales Email p. 1
File Creation Date: 6/20/2012 11:12:16 AM File Created By: quiqui.balascio
File Description: Edward Morales Email p. 2
File Creation Date: 6/20/2012 11:12:22 AM File Created By: quiqui.balascio
File Description: Edward Morales Email p. 3



## Purchase College
### STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 1749      Report Number: 1749

## INCIDENT TYPE
Inappropriate Conduct, Vandalism

## INCIDENT TOOK PLACE
Date: 2/6/2013    Time: 07:00 PM
Location: The Commons, k1-2

## REPORT
Date Submitted: 2/7/2013  Position: Student  Filed By: Christopher Derosa  CID: ▮▮▮▮
Building: ▮▮▮▮  Room: ▮▮  Cell Phone ▮▮▮▮

## PERSONS ALLEDGLY INVOLVED
Name: Eduardo Morales  CID: 0  Building: ▮▮▮▮  Room: ▮▮  Cell Phone ▮▮▮▮

## WITNESS TO INCIDENT
Name: Dan Costello  CID: ▮▮▮▮  Building: ▮▮▮▮  Room: ▮▮  Cell Phone
▮▮▮▮

## POLICE REPORT INFO
[x] No police report

## INCIDENT DESCRIPTION
On 2/6/13 I got home from work to find a 53 year old man on my couch. Without notification Eduardo and my old roommate Einstein Correa swapped rooms. Without my consent Eduardo rearranged the apartment and moved my property. My computer while still operating and plugged in was lifted 4 feet or more and put on top of the desk. The computer now does not work properly. This man has said he wants to take a screen out of the window and leave a window unlocked at all times in case he forgets his key, he can climb in the window. I am not approving of ANY of this and the other roommate, Dan Costello is not approving of this either.

## DISCLAIMER

[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.

[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.

[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

## SIGNATURE

christopher.derosa Date: 2/7/2013

## ATTACHED FILES

No file(s)

# STATE UNIVERSITY POLICE PURCHASE NEW YORK

## Event Report

| Event Info |
|---|

### Basic Info

| | | | |
|---|---|---|---|
| Event No.: | **SPU-EV-590-13** | Event Date: | **02/09/2013 03:58 PM** |
| Event Disposition: | **CLOSED VIA CAD** | Created By: | **HERNANDEZ, ALBERTO** |
| Desk Officer: | **HERNANDEZ, ALBERTO, E** | Desk Officer Rank: | **DISP** |
| Desk Officer Serial No.: | | Desk Officer Shield No.: | **304** |
| Received Via: | **COMPUTER** | Event Type: | **ALARM-FIRE** |
| Priority: | **HIGH PRIORITY** | ☐ **Is Juvenile** | |
| Received Date: | **02/09/2013 03:58 PM** | Dispatch Date: | **02/09/2013 03:59 PM** |
| Start Time:   **04:04 PM** | End Time:   **04:18 PM** | Total Time: | **0:14** |

### Location

| | | | |
|---|---|---|---|
| Business Name: | | | |
| Address: | **PHASE 2 APARTMENTS 735 ANDERSON HILL ROAD PURCHASE, NY  10577** | | |
| City/Town/Village: | **TOWN** | Nearest Cross Street: | |
| Map: | | Grid: | |
| Latitude: | | Longitude: | |
| ISF: | | Sector: | **ON CAMPUS HOUSING** |
| Precinct: | | Post: | |
| Coverage Area: | | Jurisdiction: | |
| Common Place Name: | | Between: | And: |

| Officer |
|---|

| | | | |
|---|---|---|---|
| Name: | **JEREMY  DAVIS** | Last Rank: | **PO** |
| Serial No.: | | Shield No.: | **52** |

| Unit |
|---|

| | | | |
|---|---|---|---|
| Unit Name: | **POST 3** | **Backup** | Description: | **MOBILE PATROL** |
| Unit Type: | **MARKED CAR** | | Department/Agency Name: **SUNY PURCHASE POLICE** |

### Unit History

| | | | |
|---|---|---|---|
| Unit Status: | **Dispatch** | Status Date/Time: | **2/9/2013 16:02:28** |
| Location: | | Post: | **POST 3** |
| Equipment: | | Comment: | |

| | | | |
|---|---|---|---|
| Unit Status: | **Enroute** | Status Date/Time: | **2/9/2013 16:02:38** |
| Location: | | Post: | **POST 3** |
| Equipment: | | Comment: | |



| Unit Status: | **Arrive** | Status Date/Time: | **2/9/2013 16:04:28** |
|---|---|---|---|
| Location: | **PHASE 2 APARTMENTS** | Post: | **POST 3** |
| Equipment: | | Comment: | |

| Unit Status: | **Cleared** | Status Date/Time: | **2/9/2013 16:18:26** |
|---|---|---|---|
| Location: | | Post: | **POST 3** |
| Equipment: | | Comment: | |

## Person

### Basic Info

| Name: | **EDWARD R MORALES** | Role: | **PERSON INTERVIEWED** |
|---|---|---|---|
| Gender: | **M MALE** | Date of Birth: | |

### Features

| Height: | | Eye Color: | |
|---|---|---|---|

### Address

| Type: | **Home** | Description: | |
|---|---|---|---|
| Address: | | | |

| Type: | **Home** | Description: | |
|---|---|---|---|
| Address: | | | |

### Phone Number

| Type: | Home | Description: | |
|---|---|---|---|
| Phone Number: | | | |

| Type: | **CELL** | Description: | |
|---|---|---|---|
| Phone Number: | | | |

## Narrative

AHERNANDEZ 2/9/2013 15:59:32

ON 2/9/13 AT 1558 HRS HEADQUARTERS RECEIVED A FIRE ALARM IN PHASE 2 K-1-2 HALLWAY. OFFICER DAVIS DISPATCHED TO THE SCENE. OFFICER DAVIS REPORTS ALARM CAUSED BY SMOKE FROM COOKING. ALARM RESET AT 1615 HRS. ALL CLEAR AT 1615 HRS.
**************************************************

JDAVIS 2/9/2013 16:35:36

ON 2/9/13 AT 1559 HRS, THE WRITER WAS DISPATCHED TO K-1-2 FOR A FIRE ALARM. THE WRITER APPROACHED THE K APARTMENT BUILDING AND MET WITH STUDENTS WHO WERE RESIDENTS OF THE BUILDINGS. THE STUDENTS STATED THAT THE RESIDENT OF THE K-1 -2 HAD BURNT BREAD BUT HE WAS STILL IN HIS APARTMENT.

THE WRITER KNOCKED ON THE DOOR FOR K-1-2. THE RESIDENT OF THE APARTMENT OPENED THE DOOR SLIGHTLY AND STUCK HIS HEAD IN THE CRACK OF THE DOOR. THE RESIDENT STATED HE HAD BURNT SOME BREAD, AND ASKED IF THE WRITER COULD TURN THE ALARM OFF, THEN WALKED AWAY FROM THE DOOR, ALMOST PUSHING IT CLOSED WHILE WALKING AWAY. THE WRITER ASKED TO COME IN TWICE, WHEN THE RESIDENT FINALLY LET THE WRITER IN. THE WRITER FOLLOWED THE RESIDENT, "IDENTIFIED AS EDWARD MORALES" TO THE KITCHEN WHERE HE STATED HE HAD BURNT BREAD. MORALES THEN REACHED INTO HIS GARBAGE CAN SHOWING THE WRITER A PIECE OF BURNT BREAD. THE WRITER NOTICED THAT THE FAUCET WAS RUNNING, CAUSING STEAM TO RISE TO THE CEILING. THE WRITER ASKED MORALES IF HE COULD TURN THE FAUCET OFF SO THAT IT DOESN'T TRIGGER THE ALARM



AGAIN, BUT MORALES REFUSED STATING THAT "THAT WOULDN'T TRIGGER CARBON MONOXIDE". THE WRITER CALLED HQ, REQUESTING A SILENCE AND RESET FOR THE ALARM. THE WRITER THEN WAITED ABOUT 2 MINUETS FOR A RESET. THE ALARM HAD NOT YET BEEN SILENCED OR RESET, SO THE WRITER CONTACTED HQ TO ASK WHAT THE SITUATION WAS. HQ STATED THAT THERE WAS ANOTHER ALARM IN THE AREA GOING OFF, AND THAT IT COULDN'T BE SILENCED UNTIL THE OTHER ALARM WAS CHECKED OUT.

WHILE WAITING, THE WRITER THEN ATTEMPTED TO COLLECT THE PEDIGREE FROM MORALES. MORALES HANDED THE WRITER HIS MORE CARD, TO WHICH THE WRITER ASKED MORALES IF HE HAD HIS DRIVERS LICENSE. MORALES STATED THAT HE DIDN'T HAVE HIS LICENSE WITH HIM. THE WRITER ASKED MORALES WHAT HIS ADDRESS WAS, TO WHICH MORALES RESPONSE, "HERE, AT PURCHASE". THE WRITER ASKED MORALES WHAT HIS OFF CAMPUS ADDRESS WAS, MORALES STATED THAT HE LIVED HERE. THE WRITER ASKED IF MORALES POSSIBLY HAD AN OUT OF STATE LICENSE, TO WHICH MORALES STATED, "ITS NOT HERE." THE WRITER ASKED MORALES WHERE HIS LICENSE WAS, TO WHICH MORALES STATED "IT DOESN'T MATTER, YOU DON'T NEED IT." AT THIS POINT, MORALES BEGAN TO RAISE HIS VOICE, SHOUTING AT THE WRITER, TELLING THE WRITER "I AM ALREADY SUING YOUR DEPARTMENT, ILL HAVE YOUR JOB AND GET YOU FIRED." AT THIS POINT, MORALES TOLD THE WRITER TO GET OUT. THE ALARM HAD NOT BEEN SILENCED IN THE AREA, AND DUE TO PROTOCOL, THE WRITER WAS NOT ALLOWED TO LEAVE UNTIL THE ALARM WAS SILENCED AND RESET. THE WRITER ADVISED MORALES THAT HE WAS NOT ABLE TO LEAVE YET, AS THE FIRE ALARM HAD NOT YET BEEN SILENCED. MORALES HELD THE DOOR OPEN, TELLING THE WRITER "YOU BETTER LEAVE NOW OR ILL GET YOU FIRED!" THE WRITER AGAIN TOLD MORALES THAT HE WAS NOT LEAVING, AS STATED BY PROTOCOL, UNTIL THE FIRE ALARM WAS RESET. MORALES GOT WITHIN A FEW INCHES OF THE WRITER, FACE TO FACE, WITH HIS HANDS IN FRONT OF HIM,  BECOMING VERY DISGRUNTLED. THE WRITER ADVISED MORALES THAT IF GOT ANY CLOSER OR PUT HIS HANDS ON THE WRITER, THAT THE WRITER WOULD HAVE TO PLACE MORALES UNDER ARREST. MORALES THEN REQUESTED TO SPEAK WITH THE WRITERS SGT. THE WRITER LAND-LINED HQ AND REQUESTED TO SPEAK WITH LT. JONES. THE WRITER EXPLAINED THE SITUATION TO LT. JONES, AND WAS ADVISED TO LEAVE THE AREA. THE WRITER TOLD MORALES THAT THE WRITER WOULD BE LEAVING, HOWEVER THE ALARM WOULD STILL BE GOING OFF. MORALES TOLD THE WRITER "ITS OK, YOUR NEW HERE, THEY KNOW ME AT YOUR DEPARTMENT." THE WRITER THEN ASKED HQ IF IT WAS SAFE TO LET THE OTHER RESIDENTS OF THE K APARTMENTS TO ENTER THEIR BUILDINGS. HQ STATED THAT IT WAS INDEED OK FOR THE STUDENTS TO RE-ENTER. THE WRITER LEFT THE K APARTMENT BUILDING, WITH THE FIRE ALARM STILL ACTIVE. SCENE CLEARED AT 1615 HRS.

Approved By:   LT JONES, DARRYL   Shield/Serial No.: 2604 /                                    Date:      2/10/2013 15:40:30



**PURCHASE College**
STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 2090      Report Number: 2090

## INCIDENT TYPE
Verbal/physical abuse

## INCIDENT TOOK PLACE
Date: 4/3/2013    Time: 08:50 AM
Location: The Hub, Parking & Transportation Rm 1014

## REPORT
Date Submitted:  4/3/2013  Position: Staff  Filed By: Donna Salter   CID: ▓▓▓▓▓▓   Building: ▓▓▓▓▓▓
▓▓▓▓   Room      Work Phone   ▓▓▓▓▓▓

## PERSONS ALLEDGLY INVOLVED
Name: Edward Morales   CID: 0

## WITNESS TO INCIDENT
Name: Kyle  Saud   CID: ▓  Building ▓▓▓▓▓▓     Room ▓▓▓▓     Work Phone ▓▓▓▓▓▓

## POLICE REPORT INFO
Police Report#:
Name of the officer: Po Roberto Caban

## INCIDENT DESCRIPTION
Edward Morales came in to the Parking Office this morning at approximately 8:50 a.m. and demanded that the 8:50 a.m. loop stop at Starbucks because he is disabled.  I tried to explain that it was an express bus and that there are students coming from the WP train station who need to get to classes on time, but he wouldn't let me finish my conversation.  He told me that effective immediately he would make the bus stop from now on. He demanded the telephone number of J & R Tours (which I supplied) and wanted my business card (also supplied).  Mr. Morales accused me of being unprofessional and discourteous and that he was going to report me for my behavior. He proceeded to get very loud and disruptive creating a hostile environment in the Parking & Transportation Office. Once he began to get verbally abusive I called UPD to ask for assistance. Mr. Morales heard me on the telephone with the Police and he left the Parking and Transportation office before UPD arrived. He told me that I could send the police to Starbucks if they want to speak to him. Officers Roberto Caban and James McGowan responded and went up the

hall in Campus Center North to speak with Mr. Morales. Kyle Saud (PCA Staff member) and Justin Andrews (student worker) were witness to this gentleman's irate behavior.

## DISCLAIMER
[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.
[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.
[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

## SIGNATURE
donna.salter Date: 4/3/2013

## ATTACHED FILES
File Creation Date: 4/3/2013 11:08:32 AM File Created By: quiqui.balascio
File Description: UPD #1559-13



**Purchase College**
STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400·

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 2090     Report Number: 2091

**INCIDENT TYPE**
Verbal/physical abuse

**INCIDENT TOOK PLACE**
Date: 4/3/2013    Time: 08:45 AM
Location: Campus Center North, Parking and Transportation Office

**REPORT**
Date Submitted:  4/3/2013   Position: Staff   Filed By: Kyle Saud   CID: ▓▓▓▓▓   Building: ▓▓▓▓▓▓▓
Room: ▓▓▓   Work Phone ▓▓▓▓▓▓

**PERSONS ALLEDGLY INVOLVED**
Name: Edward Morales   CID: ▓▓▓▓▓

**WITNESS TO INCIDENT**
Name: Justin  Andrews   CID: ▓▓▓▓▓

Name: Donna  Salter   CID: ▓  Building ▓▓▓▓▓▓   Room ▓▓▓▓▓▓   Work Phone
▓▓▓▓▓

**POLICE REPORT INFO**
Police Report#:
Name of the officer: Caban
Police Report#:
Name of the officer: Mcgowan

**INCIDENT DESCRIPTION**
At approximately 8:45AM 04/03/2013, I entered the Parking and Transportation Office to say hello to Donna Salter. When I enter the room, I saw Justin Andrews, Donna Salter, and Edward Morales. Morales was expressing with his frustration with the fact that the express Purchase Loop bus does not stop at Starbucks and was demanding that schedule be changed. Salter explained that at this point in the semester it would be impossible to alter the bus schedule as it would throw off the entire schedule and suggested that Morales place his request in writing. Morales became more

frustrated stating that the bus schedule will be changed tomorrow because he is disabled. He began raising his voice in frustration. At that point Salter called UPD, Morales then collected Salter's card and said he was going to Starbucks. Cabah and McGowan arrived after I had left the scene.

**DISCLAIMER**
[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.
[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.
[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

**SIGNATURE**
kyle.saud Date: 4/3/2013

**ATTACHED FILES**
No file(s)

# STATE UNIVERSITY POLICE PURCHASE NEW YORK

## Event Report

| Event Info |
|---|

### Basic Info

| | | | |
|---|---|---|---|
| Event No.: | **SPU-EV-1559-13** | Event Date: | **04/03/2013 08:57 AM** |
| Event Disposition: | **CLOSED VIA CAD** | Created By: | **ANDUJAR, MERCEDES** |
| Desk Officer: | **ANDUJAR, MERCEDES** | Desk Officer Rank: | **DISP** |
| Desk Officer Serial No.: | | Desk Officer Shield No.: | **301** |
| Received Via: | **LAND LINE** | Event Type: | **SUSPICIOUS INCIDENT** |
| Priority: | **MEDIUM PRIORITY** | ☐ **Is Juvenile** | |
| Received Date: | **04/03/2013 08:57 AM** | Dispatch Date: | **04/03/2013 08:57 AM** |
| Start Time: **09:03 AM** | End Time: **09:07 AM** | Total Time: | **0:04** |

### Location

| | |
|---|---|
| Business Name: | |
| Address: | **CAMPUS CENTER NORTH 735 ANDERSON HILL ROAD PURCHASE, NY 10577** |
| City/Town/Village: | Nearest Cross Street: |
| Map: | Grid: |
| Latitude: | Longitude: |
| ISF: | Sector: **ON CAMPUS HOUSING** |
| Precinct: | Post: |
| Coverage Area: | Jurisdiction: |
| Common Place Name: | Between:                And: |

| 1. Officer | | | |
|---|---|---|---|
| Name: | **JAMES MCGOWAN,** | Last Rank: | **PO** |
| Serial No.: | | Shield No.: | **48** |

| 2. Officer | | | |
|---|---|---|---|
| Name: | **ROBERTO CABAN** | Last Rank: | **PO** |
| Serial No.: | | Shield No.: | **40** |

| 3. Officer | | | |
|---|---|---|---|
| Name: | **CHARLES CANERO** | Last Rank: | **PO** |
| Serial No.: | | Shield No.: | **42** |

| 1. Unit | | | |
|---|---|---|---|
| Unit Name: | **POST 1**          **Primary** | Description: | **FOOT PATROL** |
| Unit Type: | **PERSON** | Department/Agency Name: | **SUNY PURCHASE POLICE** |

### Unit History

| | | | |
|---|---|---|---|
| Unit Status: | **Dispatch** | Status Date/Time: | **4/3/2013 8:57:28** |

| Location: | | Post: | POST 1 |
|---|---|---|---|
| Equipment: | 7K063/S1/P1/R1 | Comment: | |

| Unit Status: | Enroute | Status Date/Time: | 4/3/2013 8:57:32 |
|---|---|---|---|
| Location: | | Post: | POST 1 |
| Equipment: | 7K063/S1/P1/R1 | Comment: | |

| Unit Status: | Arrive | Status Date/Time: | 4/3/2013 9:02:07 |
|---|---|---|---|
| Location: | | Post: | POST 1 |
| Equipment: | 7K063/S1/P1/R1 | Comment: | |

| Unit Status: | Cleared | Status Date/Time: | 4/3/2013 9:07:49 |
|---|---|---|---|
| Location: | | Post: | POST 1 |
| Equipment: | 7K063/S1/P1/R1 | Comment: | |

### 2. Unit

| Unit Name: | POST 2 | Backup | Description: | MOBILE PATROL |
|---|---|---|---|---|
| Unit Type: | MARKED CAR | | Department/Agency Name: | SUNY PURCHASE POLICE |

#### Unit History

| Unit Status: | Dispatch | Status Date/Time: | 4/3/2013 9:03:21 |
|---|---|---|---|
| Location: | | Post: | POST 2 |
| Equipment: | 7K066 S2/R2/P2 | Comment: | |

| Unit Status: | Arrive | Status Date/Time: | 4/3/2013 9:03:30 |
|---|---|---|---|
| Location: | | Post: | POST 2 |
| Equipment: | 7K066 S2/R2/P2 | Comment: | |

| Unit Status: | Cleared | Status Date/Time: | 4/3/2013 9:07:50 |
|---|---|---|---|
| Location: | | Post: | POST 2 |
| Equipment: | 7K066 S2/R2/P2 | Comment: | |

### 3. Unit

| Unit Name: | POST 3 | Backup | Description: | MOBILE PATROL |
|---|---|---|---|---|
| Unit Type: | MARKED CAR | | Department/Agency Name: | SUNY PURCHASE POLICE |

#### Unit History

### 1. Person

#### Basic Info

| Name: | DONNA SALTER | Role: | PERSON REPORTING |
|---|---|---|---|
| Gender: | F FEMALE | Date of Birth: | |

#### Features

| Height: | | Eye Color: | |
|---|---|---|---|



## Address

| Type: | **Home** | Description: |
|---|---|---|
| Address: | | |

## Phone Number

| Type: | **Business** | Description: |
|---|---|---|
| Phone Number: | | |
| Type: | **Business** | Description: |
| Phone Number: | | |
| Type: | **Home** | Description: |
| Phone Number: | | |

2. Person

## Basic Info

| Name: | EDWARD R MORALES | Role: | **PERSON INTERVIEWED** |
|---|---|---|---|
| Gender: | M MALE | Date of Birth: | |

## Features

| Height: | | Eye Color: | |
|---|---|---|---|

## Address

| Type: | Home | Description: |
|---|---|---|
| Address: | | |
| Type: | Home | Description: |
| Address: | | |

## Phone Number

| Type: | Home | Description: |
|---|---|---|
| Phone Number: | | |
| Type: | CELL | Description: |
| Phone Number: | | |

Narrative

MANDUJAR 4/3/2013 09:00:19

ON 04/03/13 AT 0857 HOURS, DONNA SALTER (PARKING STAFF) CALLED HQ TO REQUEST AN OFFICER AT THE CCN PARKING OFFICE FOR AN IRATE PERSON. PO MCGOWAN WAS DISPATCHED. PO CABAN RESPONDED TO ASSIST. NO CAMERAS IN SAID LOCATION. REPORT TO FOLLOW. SCENE CLEARED AT 0906 HOURS.
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

JMCGOWAN 4/3/2013 09:32:04
ON 4/3/13 AT 0857 HRS WRITER PO MCGOWAN WAS DISPATCHED TO A CALL OF AN IRATE PERSON IN THE PARKING OFFICE. WHILE IN ROUTE TO THE PARKING OFFICE IN CAMPUS CENTER NORTH THIS WRITER HEARD A MAN LATTER IDENTIFIED AS STUDENT EDWARD MORALES SAY "YOU ARE PROBABLY LOOKING FOR ME." THIS WRITER INTERVIEWED MORALES WHO STATED THAT HE WAS IN PARKING COMPLAINING ABOUT THE BUS SERVICE. MORALES STATED THAT HE WAS DROPPED OFF AT THE CAMPUS CENTER NORTH BUS STOP BUT ASKED THE BUS DRIVER TO DROP HIM OFF AT THE CAMPUS CENTER SOUTH BUS STOP AND THE DRIVER



REFUSED.  MORALES STATED THAT HE HAS A BAD BACK AND IT IS HARD FOR HIM TO WALK FROM NORTH TO FORT AWESOME WHERE HE HAS CLASS.  THIS WRITER OBTAINED MORALES IDENTIFICATION INFORMATION AND THEN LET HIM GO TO CLASS.

THIS WRITER THEN INTERVIEWED THE DIRECTOR OF PARKING AND TRANSPORTATION DONNA SALTER WHO STATED THAT MORALES CAME INTO THE PARKING OFFICE YELLING ABOUT THE BUS SERVICE TO CAMPUS.  SALTER STATED THAT SHE EXPLAINED TO MORALES THAT THE BUS THAT HE WAS ON IS AN EXPRESS BUS AND IT GOES STRAIGHT FROM WHITE PLAINS TO CAMPUS CENTER NORTH  AND BACK TO WHITE PLAINS.  SALTER STATED THAT MORALES TOOK THE BUS SCHEDULE AND SAID HE WAS HE WAS GOING TO CALL THE BUS COMPANY AND HAVE THEM CHANGE THE SCHEDULE .  SALTER STATED THAT MORALES THEN LEFT TO GO TO CLASS.  NO CAMERAS IN THE AREA TIME CLEAR 0907 HRS.

Approved By:   **LT BUTLER, WALTER   Shield/Serial No.: 2606 /**                                Date:        **4/3/2013 10:35:40**



Purchase College
## Campus Judicial Referral Form

| INCIDENT TOOK PLACE | Date: 07/10/13 | | Time: 9:05PM | | |
|---|---|---|---|---|---|
| | Location: Music Building | | | | |
| REPORT | Submitted To: Campus Judicial Officer | | Date Submitted: 08/15/2013 | | |
| | Filed By Officer Name: Inv. Mobley | | University Police Report #: EV-3111-13 | | |
| FAX INFO | FAX TO CAMPUS JUDICIAL AT 7996 AND MICHAEL BAILEY AT 5926. Report Faxed: DATE:          TIME: Report unable to be faxed due to machine malfunction: LEAVE MESSAGE AT X7988 AND X6906 TO INFORM THAT REPORT NEEDS TO BE PICKED UP | | | | |
| STUDENTS ALLEGEDLY INVOLVED | NAME | IDENTIFICATION NUMBER | | CAMPUS/ADDRESS / | PHONE |
| | Morales, Edward, R. | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| WITNESSES TO INCIDENT BE SURE TO INCLUDE ANY STUDENT AFFAIRS STAFF PRESENT | NAME | | | CAMPUS ADDRESS / | PHONE |
| | Danielle D'Agosto, staff member | | | | |
| | | | | | |
| | | | | | |
| TYPE OF INCIDENT CHECK ALL THAT APPLY | ___ Inappropriate Conduct   ___ Emergency Room/Mental Hygiene   ___ Verbal/Physical Abuse ___ Alcohol Violation   ___ Controlled Substance   ___Harassment   ___ Noise   ___ Theft   ___ Vandalism ___ Sexual Misconduct/Assault   ___ Fire Safety   ___ Weapons   ___ Cannabis   ___ Drug Paraphernalia   ___ Other | | | | |
| INCIDENT DESCRIPTION | Mr. Morales is a subject in a pending criminal complaint for Aggravated Harassment, (class A misdemeanor offense of the New York State Penal Law), resulting from an email sent by Mr. Morales to a SUNY Purchase College faculty-staff member (Identity protected), in which this electronic form of communication caused this faculty-staff member to be annoyed, threaten, and alarmed. There is an active order of protection in place, issued by the Town of Harrison Criminal Court, as well as an active Persona Non Grata (PNG) letter in place, issued by SUNY Purchase College State University of New York, Student Affairs Office. Specifically, Morales stated the following via an e-mail directed at staff member Danielle D'Agosto: | | | | |

3- DD the following is a strong constructive criticism that normally can be said at any company or institution... There is no doubt that you are a great person and a woman. When you say that you never done anything in your career (what ever that is), yes but you have done plenty of others that should have not done. Experience is what you need Danielle. I had seen how soft with employees and how they controlled you. Furthermore, how intertwined you are with your peer workers and staff. It's hard to believe that you have some authority in the school. I always had a tremendous regard for you, I do not think you have what is needed for that position you are holding, and you are damaging the school and the students with it. I have five times the life experience that you in many fields than you, and you have no initiative to take strong decision that can make a difference. Your poor judgment has caused a lot of suffering not only on me but on other students. Furthermore, you are too mature (not to say, you too old) to suffer from peer pressure. You are not an independent creative person, and that is a must lead others. You value your coworkers before you job and worst, your students; analogy...it is like a nurse not taking care of her patient but giving a ride to a co-worker when she is on duty. You failed with my Law and ethic class, just to keep your status with the professor; so was with Naomm (gay gender discrimination) me. You failed to notify SUNY and the Dept. Of Education when you suspected abuse of one of your students and then you hide behind a legal shield that will disappear at any minute just to cover your WCC actions. There are students that have worked for you that have made derogatory statements against your department, and all other departments of the school for that matter different students have done the same. When I created the term "an educated gang"; I did not mean to offend anybody; word for word, that is what peer pressure is or becomes if not stop in time. What if I was some nuts-crazy ( which I am not), and being pushed to the end , and I take a machine gun ( which I will not) and because of school "gang-like behavior"looses all opportunities to get to law school, then they garnish my SSD check to pay the loans, so I have nothing to live for, thus, this crazy student (not me)goes out to the school and start killing people. This sound like it has happened before..wright?

There is a student that was having thoughts in doing just that . She was suspended for one year via Madame Jones. She was going too MD school, so she desired to commit suicide--she could not because of her daughter. You people have the power to destroy lives, but one day someone will act-out on his/her disturbing mind—or temporary insanity--and commit a crime in revenge, and I will be there to testify against you all. And you talk about career and experience, you do not know what you are talking about. Like some of your students have told me she is always into meeting, conferences or too busy; but when it comes to doing what is right for the life and future of a student you fall way short of being honest and professional. All of your employees will be summoned to testify...oh and the free housing!!! You are way short of being professional...sorry for honest with yourself. That is the reason I am bound to continue litigation and include you and Kat. So one day some crazy student would do something stupid and have innocents pay for. You do not have a career yet Danielle. Please forgive my honesty, and accept this strong remarks from a good and loyal friend you both once had.

All the same for you Kath.

Do not get angry at me but be ashamed of your actions through time.