3

# Social Security Administration
# Retirement, Survivors and Disability Insurance
## Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  April 2, 2013
Claim Number:  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HA

013553 1 AB 0.384 0096 LTN T24 PC7 0328

EDWARD ADRIAN MORALES
APT 2M
110 N 3RD AVE
MT VERNON NY 10550-1343

As you requested, beginning April 2013, we will send any Social Security payments to your:

● financial institution, or
● new account at the same financial institution.

If you changed accounts, you should keep the old account open until we send a payment to the new account.  It usually takes us 1 to 2 months to change where we send payments.

Please let us know right away if your address changes so we can send you letters.  Also, let us know if you change the bank account where we send your payments.

## What We Will Pay And When

● You will receive $755.00 for April 2013 around May 3, 2013.

● After that you will receive $755.00 on or about the third of each month.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-855-210-1026.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:

SOCIAL SECURITY
STREET LEVEL
85 HARRISON ST
NEW ROCHELLE, NY 10801

C

See Next Page



**Purchase College**
STATE UNIVERSITY OF NEW YORK

## Student Affairs

May 13, 2013

LSAC
Law School Admission Council
Test Accommodations

Ref: Edward Morales
Acct# L32145253

To whom it may concern:

During Edward Morales's time at Purchase College, he has been granted the following academic accommodations:

Extended time for testing, private testing location and permission to walk around during classes and testing as needed.

Sincerely,

Bonnie Mait
Special Services for Students

www.purchase.edu
(914) 251-6030
(914) 251-6034 fax

735 Anderson Hill Road
Purchase, New York
10577-1402

Thanks.

Edward.

From: Balcom, Emily
Sent: Thursday, March 15, 2012 11:36 AM
To: MORALES, EDWARD
Cc: Delate, John; Balcom, Emily
Subject: housing accommodation

Edward,

I have received notice from Ronnie Mait that you require a first floor accommodation due to your physical needs.

So I can make that I understand what you have outlined in your email regarding other requirements of your housing, please confirm:


-       You require year round housing on campus

-       That you wish to be housed for the remainder of the Spring 2012 academic year - once you confirm this, you will need to re-submit your housing deposit and complete your RLA (I will have to assist, as these links are closed now) and I will then begin looking for a space for the rest of the Spring semester. It may be helpful for us to review, in person the available beds list.

You also request that we offer low-income housing – the rates for each type of housing are set on an annual basis, and they do not vary by the student, but by the amenities and duration of the accommodation offered.  We are unable to deviate from that amount. The room rates for the 2011-2012 academic year can be found online at: https://www.purchase.edu/Departments/ResLife/roomrates.aspx. If you do take occupancy this Spring, your room rate will be prorated to the week based on the date you pick up a key.

Also note – if you do contract for Spring housing, you will need to relocate after commencement to the year-round housing that you request, as that is being relocated beginning in May 2012.

Emily Balcom
Associate Director of Residence Life
Purchase College, State University of New York
735 Anderson Hill Road
Purchase, NY 10577
(914) 251-6320 (v)
(914) 251-6319 (f)

4/1/2014 3:45 PM

Print

**Subject:**  FW: Professor Notification for Fall 2011

**From:**  MORALES, EDWARD (EDWARD.MORALES@purchase.edu)

**To:**  eam6000@yahoo.com;

**Date:**  Thursday, March 29, 2012 10:02 PM

*[handwritten note:]* THIS ACCOMODATION WAS STANDARD FOR ALL CLASS A BOTH PURCHASE & BINGHAM TON UNIVERSITY

From: Grogan, Patricia
Sent: Tuesday, March 27, 2012 11:09 AM
To: MORALES, EDWARD
Subject: FW: Professor Notification for Fall 2011

From: Grogan, Patricia
Sent: Monday, October 17, 2011 12:52 PM
To: Breslin, John
Cc: MORALES, EDWARD; Rubin, Francine
Subject: Professor Notification for Fall 2011
Sensitivity: Confidential

October 17, 2011

To:    Professor John Breslin

RE:    Registered Student: Edward Morales
Course: Law, Ethics, and the Media – CSS 3755.45

Notification to Faculty of Student with Documented Physical or Learning Disabilities

As you know, both the Rehabilitation Act of 1973 (Section 504) as well as the Americans with Disabilities Act requires colleges and universities to comply with the laws that protect the rights of disabled persons.

The Office for Students with Disabilities works directly with special-needs students and is responsible for notifying you of these special needs when requested by the student to do so.  Information concerning the student's disability is confidential and should be shared only on the basis of an educational need to know.  The student listed above is registered for your course and is entitled to the following modifications:

Accommodations Requested:

    Extended Test Time                          Private Test Location
    In-class Note Taker/Interpreter             Tape Recorder

Other:  Student is disabled with a spinal injury

The Learning Center, is located in the Student Services Bldg, Rm. 221, and is available to discuss tutoring services for special-needs students

Case 7:13-cv-02586-NSR   Document 37-14   Filed 04/17/14   Page 6 of 24

Please call us for any questions you may have at X6035.

Ronnie Mait
Coordinator – Office of Special Services

RM/mg
cc:
Advisor
Student
Academic Support
Prof Notif  115-rm





## Purchase College
STATE UNIVERSITY OF NEW YORK

**Parents** | **Community** | **Current Students** | **Faculty & Staff**

## Unofficial Transcript For Advising

Open Printable PDF

STUDENT'S NAME: MORALES, EDWARD  R.
STUDENT'S CID: 1100624434
ADVISOR: BICE, PATRICIA
ACADEMIC PROBATION? N
MAJOR: LB STD LEGAL
MINOR:
SPECIALIZATION:
COMPLETED CREDITS: 110.00
GPA: 2.78

STUDENT HAS APPLIED FOR GRADUATION
ADVISOR'S OFFICE: No Office Record Found.

DOUBLE MAJOR:
DOUBLE MINOR:

TRANSFER CREDITS: 27.00

For general education and degree requirement information please check your
Degree Progress Report.
Review the 8-semester plan for your major to assist with timely progress to degree.

| SEMESTER | CORE | COURSE SECTION | COURSE TITLE | CREDITS | GRADE |
|----------|------|----------------|--------------|---------|-------|
| **Fall 1998** | | | | | |
| | | BBI1510.20 | HUM. ANA.& PHYS. I:ANAT.& PHYS | 4.00 | D |
| | | LWR1110.28 | COLLEGE WRITING | 4.00 | C |
| | | PSY1530.21 | INTRODUCTION TO PSYCHOLOGY | 4.00 | D |
| **Spring 1999** | | | | | |
| | | ALI3070.20 | MODERN AMERICAN SHORT STORIES | 4.00 | W |
| | | ARH3400.20 | MODERN ARCHITECTURE | 4.00 | W |
| | | ECO2210.20 | WEALTH AND POVERTY | 4.00 | W |
| | | PSY2320.20 | BEHAVIORAL STATISTICS | 4.00 | W |
| **Summer 2011** | | | | | |
| | | BPS2350.45 | DRUGS AND BEHAVIOR | 4.00 | B |
| | | BPS3540.45 | FORENSIC PSYCHOLOGY | 4.00 | B |
| **Fall 2011** | | | | | |
| | | CPO3050.20 | AMERICAN CONSTITUTIONAL LAW | 4.00 | B |
| | | CSO1590.45 | INTRODUCTION TO CIVIL LAW | 4.00 | B |
| | | CSO3205.45 | SUPREME CRT. & CIVIL LIBERTIES | 4.00 | B |
| | | CSS3755.45 | LAW, ETHICS, AND THE MEDIA | 4.00 | C+ |
| | | SPA3800.20 | TRANSLATION WORKSHOP SPANISH | 4.00 | F |
| **Spring 2012** | | | | | |
| | | CSO1510.20 | INTRODUCTION TO CRIMINAL LAW | 4.00 | B |
| | | CSO3065.20 | LEGAL RESEARCH | 4.00 | B+ |
| | | CSO3475.45 | LAW AND THE FAMILY | 4.00 | A+ |
| | | CSO3481.45 | CENSORSHIP:SOC. & LEGAL PERSP. | 4.00 | A |
| | | LIT1520.20 | INTRODUCTION TO LITERATURE | 4.00 | C- |
| | | SPA3340.20 | ADV. CULTURE & CONVERSATION | 4.00 | W |
| **Summer 2012** | | | | | |
| | | AHI1500.70 | UNDERSTANDING AMERICA | 4.00 | B+ |
| | | CSO3430.20 | RACIAL INEQUALITIES | 4.00 | A |
| | | CSS3055.45 | THE LAW AND FILM | 4.00 | A |
| **Fall 2012** | | | | | |
| | | BPS3100.45 | ABNORMAL PSYCHOLOGY | 4.00 | B- |
| | | CSS3530.45 | WHITE COLLAR CRIME | 4.00 | B- |
| | | CSS4800.50 | SENIOR CAPSTONE | 4.00 | B+ |
| | | GPA1150.15 | PAINTING I | 3.00 | A |
| | | PSY2500.20 | ADOLESCENT PSYCHOLOGY | 3.00 | W |
| | | SOA3780.20 | TRANSMEDIA AND PERFORMANCE | 4.00 | W |

```
Spring 2013
              AMG3530.20  GALLERY MANAGEMENT            4.00    W
              BPS3760.45  PSYCHOLOGY OF PERSONALITY     4.00    W
              CSO3550.45  CRIME & DELINQUENCY           4.00    W
==================================================================================
```

**To view the transcript key** click here

Site Map | Campus Calendar | Email | Employment | Campus Directory | Directions | Academic Calendar | College Catalog | Registration | Privacy &
Accessibility | Contact Us

© 2012 Purchase College - 735 Anderson Hill Road, Purchase, NY 10577, 914.251.6000

*(handwritten) Cause Action #5*

*(handwritten) Provided FALSE Statement "COULD NOT GRADUATe ON Summer"*

*(handwritten) Her Statement was Partial to SUNY & NOT intentionally Misleading the Court*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EDWARD MORALES,

                                    Plaintiff,                    13-CV-2586 (ER)
                                                                  (Pro Se)
            -against-

STATE UNIVERSITY OF NEW YORK
(S.U.N.Y.), S.U.N.Y. PURCHASE COLLEGE,
THOMAS SCHWARZ, MELISSA JONES, ERNIE
PALMIERI, WALTER BUTLER, CHRISTOPHER
DEROSA,

                                    Defendants.

------------------------------------------------------------X

## DECLARATION OF SHERYL SECOR

I, Sheryl Secor, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the

following is true and correct:

1.    I serve as Registrar for Purchase College, SUNY ("SUNY Purchase"), a position that

I have held since July 2010.  From 2002 to 2010, I served as Assistant Registrar with SUNY

Purchase.  From 2000 to 2002, I served as an employee in student services at the Registrar's

Office.

2.    My responsibilities as Registrar include maintaining and updating the academic

records of the students of SUNY Purchase, auditing students' compliance with the academic

requirements for graduation, and conferring academic degrees on students who have successfully

met the requirements for graduation.

3.    I submit this Declaration (1) in opposition to Plaintiff's Application for a

Preliminary Injunction permitting him to attend classes at SUNY Purchase during the pendency

of this action and (2) in support of the motion of defendants State University of New York,

SUNY Purchase, Thomas Schwarz, Melissa Jones and Ernie Palmieri to dissolve the temporary

restraining order issued by the Court on April 18, 2013, allowing Plaintiff to attend classes

pending the preliminary injunction hearing.  In particular, I submit this declaration to show that

even if Plaintiff were permitted to complete the Spring 2013 semester, he would not have

sufficient credits to graduate from SUNY Purchase.

    4.    Pursuant to SUNY Purchase's academic catalog, the requirements for graduation

from an undergraduate program at SUNY Purchase include the successful completion of 120

total academic credits, as well as the successful completion of credits in particular subject areas,

including upper-level credits in humanities or natural sciences.  A copy of the relevant portion of

the catalog is annexed hereto as Exhibit A.

    5.    A review of Plaintiff's transcript indicates that he was enrolled as an undergraduate

student at SUNY Purchase in Fall 1998 and Spring 1999, withdrawing on February 5, 1999.  Mr.

Morales has been enrolled as a student at SUNY Purchase from Summer 2011 to the present.  On

April 11, 2013, he was suspended through August 1, 2013, a period which includes the

remainder of the Spring 2013 semester and the Summer 2013 semester.

    6.    As of the beginning of the Spring 2013 semester, Mr. Morales had earned 98

academic credits.  Mr. Morales is currently registered for Spring 2013 courses totaling 8

academic credits, which do not include 4 upper-level credits in humanities or natural sciences

that Mr. Morales must complete before being eligible for graduation. Were Mr. Morales to

successfully complete the Spring 2013 courses for which he is registered, he would earn a total

of no more than 106 credits, without having earned the requisite 4 upper-level credits in

humanities or natural sciences, and therefore he would not be eligible to graduate at the end of that semester.

7.     Nor would Mr. Morales be eligible to graduate at the end of the Summer 2013 semester if his suspension were stayed.  He is currently registered for Summer 2013 courses totaling 12 academic credits.  If he were to successfully complete those courses, he would earn no more than 118 credits by August 2013.  Thus, he would not have enough credits to graduate by the end of the summer.

8.     Undergraduate students at SUNY Purchase can earn additional academic credits through successful completion of a College-Level Examination Program ("CLEP") examination, administered by the College Board.  CLEP examinations test mastery of college-level material acquired in a variety of ways, including non-academic experience.  Although the number of credits which can be earned from successful completion of a particular CLEP examination varies, the maxim amount which can be earned from any single CLEP examination is 12 credits.  Moreover, none of these CLEP examinations give the upper-level credits which plaintiff needs to graduate from SUNY Purchase.

9.     SUNY Purchase has not received any notification or records indicating that Mr. Morales has completed or earned credits through the CLEP examination.  However, if Mr. Morales did successfully complete a CLEP examination, he could earn no more than 12 academic credits, bringing his total academic credits at the end of the Spring 2013 semester (assuming that he successfully completed his Spring 2013 courses) to 118 academic credits.  Nor would he earn the 4 upper-level credits he needs to graduate.  Thus, even with successful completion of the CLEP examination, Mr. Morales would not be able to graduate at the end of the Spring 2013 semester.

Dated:    April **23** 2013
           Purchase, New York

Sheryl Secor

Sworn before me This 23rd day of April, 2013

SHANNA JO WEINER
Notary Public - State of New York
NO. 01WE6245620
Qualified in Westchester County
My Commission Expires 7/25/15

week are proportionately increased.

*For each credit, students are expected to complete a minimum of two hours of academic work (study, preparation, etc.) outside of class each week. Some courses may require three or more hours of outside work each week for each credit. In particular, the conservatory arts programs are intensive professional training programs and require students' full-time commitment. Students in all majors are advised to limit their job and social commitments in order to give their coursework adequate attention.

## Academic Requirements for Undergraduate Degree Programs

Bachelor of Arts (B.A.) and Bachelor of Science (B.S.) Degrees



1.  Earn at least 120 credits (128 credits for the B.S. degree), 90 of which must be liberal arts credits. A total of 45 credits must be earned in upper-level (3000- or 4000-level) courses. A maximum of 4 physical education credits may be applied toward the degree.
2.  Complete a minimum of 60 credits outside the student's board of study (major).*
3.  Complete the general education requirements.
4.  Complete all requirements for the major.
5.  Earn a minimum 2.0 cumulative GPA at Purchase College.

*Requirement 2 does not apply to students majoring in liberal studies.

Bachelor of Fine Arts (B.F.A.) and Bachelor of Music (Mus.B.) Degrees

1.  Performing arts conservatories: Earn a minimum of 120 credits (90 professional credits and 30 liberal arts credits).*
2.  School of Art+Design: Earn a minimum of 128 credits (88 in visual arts studio courses, 12 in art history, and another 28 liberal arts credits).
3.  Complete the general education requirements.
4.  Complete all requirements for the major.
5.  Earn a minimum 2.0 cumulative GPA at Purchase College.

*Some areas of study require more than 90 professional credits; for the specific number, refer to the requirements for each performing arts major in this catalog.

## Two Bachelor's Degrees From Purchase

Students who plan to receive two bachelor's degrees from Purchase College must satisfy the academic requirements for each degree and for two major fields. A second degree presumes that the student meets all the requirements for the first degree.

- A minimum of 30 credits of additional work is required when a student with a B.A. or B.S. degree in one discipline at Purchase College matriculates for a B.A., B.S., B.F.A., or Mus.B. degree in another discipline.

- B.F.A. and Mus.B. students must meet the 90-credit liberal arts requirement for a B.A. or B.S. degree; liberal arts credits earned toward the B.F.A. or Mus.B. may count toward this requirement.

## Second Bachelor's Degree (Only) From Purchase

Students who have received a bachelor's degree from another institution and plan to receive a second bachelor's degree from Purchase College must successfully complete:

1.  at least one year (30 credits) at Purchase College
2.  the requirements for the major
3.  any missing general education requirements

## Academic Requirements for Graduate Degrees

Master of Arts (M.A.), Master of Fine Arts (M.F.A.), and Master of Music (M.M.) Degrees

1.  Earn a minimum 3.0 cumulative GPA at Purchase College.
2.  Complete all requirements for the major.

## Academic and Professional Integrity

Purchase College believes that academic integrity is fundamental to the teaching, learning, and creative processes. Ethical behavior is the cornerstone of an academic and artistic community. Therefore, all forms of academic dishonesty—including, but not limited to, cheating on exams and assignments, plagiarism, and submitting falsified data on lab work or research assignments—are considered serious violations of the Community Standards of Conduct. These standards are published in the annual Student Handbook (www.purchase.edu/studenthandbook) by Student Affairs. The policy on academic and professional integrity is also available at www.purchase.edu/policies.

Students are strongly encouraged to familiarize themselves with the Community Standards of Conduct and the sections concerning academic and professional integrity. In addition, students should always consult with their instructors to ensure they remain in compliance with the College's expectations regarding academic and professional integrity. Violations of the academic integrity standards may lead to formal disciplinary action.

Members of the faculty and professional staff are held equally to these standards in their work. Allegations of violations of academic and



**Purchase College**
STATE UNIVERSITY OF NEW YORK

Home / College Catalog / 2013-15 / Academic Programs / Core Curriculum

purchase college catalog 2013–15
draft in progress

# Undergraduate General Education/Core Curriculum:
# Requirements and Student Learning Outcomes

All Purchase undergraduates complete coursework in a common core curriculum as they progress toward graduation in their chosen majors. The core curriculum ensures that students in all majors develop a foundation in a broad range of general education knowledge and skill areas, expressed in terms of student learning outcomes (SLOs).

Because these SLOs are shared across all 64 SUNY campuses, meeting a general education requirement at Purchase satisfies that requirement at any SUNY campus and vice versa. Completing the Purchase College core curriculum satisfies all SUNY general education requirements. Transfer students who have completed 30 general education credits and any seven of the 10 SUNY general education content categories before admission to Purchase College will be awarded credit for fulfilling the Purchase core curriculum.

The student's advisor and the registrar monitor each student's progress toward the fulfillment of the core curriculum requirements; however, the final responsibility for completing the requirements rests with the student.

## Core Curriculum Requirements:
## All Undergraduate Degree Programs (BA, BS, BFA, and MusB)

For the most current list of approved courses in each category, please consult the current semester's online course schedule at my.purchase.edu. For additional information, please refer to courses that fulfill core curriculum requirements.

By taking at least 30 credits from the core curriculum's knowledge and skill areas listed below, including a minimum of one course (at least 3 credits) in each of the first seven areas—plus at least one 1-credit course chosen from a list of approved health, wellness, or physical education courses—students simultaneously satisfy the student learning outcomes (SLOs) defining each area:

1. **Basic Communication:**
   Freshmen complete LWR 1110 or AWR 1100/College Writing in their first year.
2. **Mathematics:**
   Students choose from a list of approved courses. Math placement scores may be required as prerequisites for some courses in mathematics and other natural science disciplines, in economics, and in new media.
3. **Natural Science:**
   For (a) freshmen who have not declared a major and (b) freshmen in the BA and BS degree programs in the School of Liberal Arts and Sciences (except those who have declared a major in biology, chemistry, or environmental studies), FRS 1200/Science in the

Google
**Search the Catalog**

Search

Academic Programs

Undergraduate Core Curriculum/General Education (main)

Requirements & Student Learning Outcomes

Courses That Fulfill Core Curriculum Requirements

Freshman Seminars & General Core Curriculum Courses

Math Fluency & Foreign Language Placement Guidelines

**Related Academic Policies:**

The Freshman Year & Freshman-Year Withdrawal Policy

College Writing AP Policy for Freshmen

*General Education /Core requirements*

4. **Social Sciences:**
   Students choose from a list of approved courses.
5. **The Arts:**
   Students choose from a list of approved courses, including arts
   courses approved for students in all disciplines, or BFA or MusB
   courses for which they meet the prerequisites.
6. **Humanities Group:**
   Students choose from a list of approved courses in the humanities,
   American history, or Western civilization, including many courses
   specially designed and recommended for freshmen.
7. **Languages and Cultures:**
   Students choose from a list of approved courses, including courses
   designated as "foreign language" and "other world civilizations."
   Students must complete a <u>foreign language placement test</u> for
   enrollment at the appropriate foreign language level.
8. **Health and Wellness:** Students take 1–2 credits from a list of
   approved health, wellness, or physical education courses. These
   credits do not count toward the minimum of 30 credits required in core
   curriculum courses, but all students must complete this category.

BACK TO TOP ⌃

## Student Learning Outcomes

**Knowledge and Skill Areas**
<u>Basic Communication</u> | <u>Critical Thinking</u> | <u>Information Management</u> |
<u>Mathematics</u> | <u>Natural Science</u> | <u>Social Science</u> | <u>The Arts</u> | <u>Humanities</u> |
<u>American History</u> | <u>Western Civilization</u> | <u>Foreign Language</u> | <u>Other World</u>
<u>Civilizations</u> | <u>Health and Wellness</u>

1. **BASIC COMMUNICATION:**

   **Basic Communication:**

   Students will:
   - produce coherent texts within common college-level written
     forms;
   - demonstrate the ability to revise and improve such texts;
   - research a topic, develop an argument, and organize
     supporting details;
   - develop proficiency in oral discourse; and
   - evaluate an oral presentation according to established criteria.

   **Critical Thinking:**

   Students will demonstrate the ability to:
   - identify, analyze, and evaluate arguments as they occur in their
     own or others' work; and
   - develop well-reasoned arguments.

   **Information Management:**

   Students will:
   - perform the basic operations of personal computer use;
   - understand and use basic research techniques; and
   - locate, evaluate, and synthesize information from a variety of
     sources.

2. **MATHEMATICS:**

   Students will show competence in the following quantitative reasoning
   skills:
   - Interpret and draw inferences from mathematical models such
     as formulas, graphs, tables, and schematics;
   - Represent mathematical information symbolically, visually,
     numerically, and verbally;
   - Employ quantitative methods such as arithmetic, algebra,
     geometry, or statistics to solve problems;
   - Estimate and check mathematical results for reasonableness;

students can choose from a variety of history, production, and studio courses. *This major is also offered at the Westchester Community College—Peekskill extension site.*

**Academic Requirements**
In addition to fulfilling general degree requirements, students must complete the following requirements for this major:

| | | |
|---|---|---|
| 1. | Humanities courses | 12 credits |
| 2. | Natural sciences courses | 12 credits |
| 3. | Social sciences courses | 12 credits |
| 4. | Performing and/or visual arts courses: <br> a. Two performance/production/studio arts courses <br> b. Two art/dance/music/theatre/film history/theory courses <br> c. Additional credits in either of the above two categories | 24 credits |
| 5. | Upper-level courses: <br> a. Performing and/or visual arts courses <br> b. Liberal arts courses | 6–8 credits <br> 12 credits |
| 6. | Liberal arts electives | 10–12 credits |
| 7. | General electives <br> (may include up to 30 non-liberal arts credits) | 30–32 credits |
| | TOTAL: | 120 credits |

Refer to the Overview of Academic Requirements for additional information.

## B.A. Major in Liberal Studies: Communications/Media Studies

This major helps students to gain a greater understanding of current politics and social structures through close examination of the centrality of the media in today's global society. Courses cover historical, sociological, and psychological analyses of media, including film, television, and print, as well as visual and computer technologies. *This major is also offered at the Rockland Community College extension site.*

**Academic Requirements**
In addition to fulfilling general degree requirements, students must complete the following requirements for this major:

| | | |
|---|---|---|
| 1. | Humanities courses | 15 credits |
| 2. | Natural sciences courses, including <br> CSS/BPS 3369/Advanced Psychology of Communication | 15 credits |
| 3. | Social sciences courses, including one of the following: <br> CSO 1540/Introduction to Mass Media and <br> Communications *or* <br> MSA 1530/Introduction to Media, Society, and the Arts | 15 credits |
| 4. | Performing and/or visual arts courses | 6 credits |
| 5. | Upper-level courses: <br> a. Social sciences courses, including two survey <br> courses on the history or sociology of film or <br> other mass media <br> b. Humanities or natural sciences courses | 12 credits <br> 8 credits |
| 6. | Communications/media studies electives | 15 credits |
| 7. | General electives <br> (may include up to 30 non-liberal arts credits) | 34 credits |
| | TOTAL: | 120 credits |

Refer to the Overview of Academic Requirements for additional information.

## B.A. Major in Liberal Studies: Legal Studies

By examining the social, political, and historical processes of law, students learn the ethical functions of the legal system and its implementation in society. Required core and elective coursework examines law through the lenses of sociology and political science, enabling students to appreciate the role of the judicial system within the broader social context. *This major is also offered at the Rockland Community College extension site.*

**Academic Requirements**
In addition to fulfilling general degree requirements, students must complete the following requirements for this major:

| | | |
|---|---|---|
| 1. | Humanities courses | 15 credits |
| 2. | Natural sciences courses | 15 credits |
| 3. | Social sciences courses, including: <br> CSO 1510/Introduction to Criminal Law *and* <br> CSO 1590/Introduction to Civil Law | 15 credits |
| 4. | Performing and/or visual arts courses | 6 credits |
| 5. | Upper-level courses: <br> a. Social sciences courses, including: <br> CSO 3065/Legal Research <br> and one of the following: | |

6.   Legal studies electives                                                                 15 credits
7.   General electives
     (may include up to 30 non-liberal arts credits)                                         34 credits
     TOTAL:                                                                                  120 credits

Refer to the Overview of Academic Requirements for additional information.

**Pre-Law Advisor**
Law schools are interested in students with strong liberal arts backgrounds who can (a) think analytically and creatively and (b) communicate their arguments effectively and persuasively. The College's pre-law academic advisor, usually a member of the political science faculty in the School of Natural and Social Sciences, can suggest specific courses that help pre-law students hone their oral and written communication skills and stimulate meaningful conversations about legal issues. For additional information, visit the Advising Center at www.purchase.edu/departments/advising center/prelaw.

# Certificate Program in Arts Management

The certificate program in arts management provides students with an understanding of management, marketing, and grant writing in arts-related organizations. This certificate program is particularly suited for:

- new arts administrators who want to broaden their knowledge and skills
- professionals who are considering a career transition to arts management
- artists who are interested in starting their own companies
- board members and volunteers who want to become more informed and effective

The curriculum comprises four 4-credit courses and a 3-credit internship (19 credits total), which can be completed within two semesters. Students may take individual courses without commitment to the entire program. All courses are offered in the evening.

Before starting this certificate program, students must formally enroll in the program by completing the Arts Management Certificate Application, available at www.purchase.edu/ce/certificate/artsmanagement certificate.aspx. To earn the certificate, students must be high school graduates, earn a grade of C or higher in all certificate courses, and send a completed "Request for Certificate" form to the certificate advisor in the School of Liberal Studies & Continuing Education during the last semester of their coursework.

**Course requirements**

1.   CAM 1100/Introduction to Arts Management*
2.   CAM 3100/Fundraising and Development in the Arts**
3.   CSS 3170/Arts and Entertainment Law**
4.   CSS 3520/Marketing the Arts*
5.   CAM 3981/Internship in Arts Management †
     Prerequisite: CAM or AMG 1100, CSS or AMG 3520, and permission of instructor

\* Fall
\*\*Spring
† Fall, Spring, and Summer

For descriptions of courses with CSS prefixes, refer to Social Sciences Courses. For descriptions of courses with CAM prefixes, refer to Interdisciplinary Courses.

**Note:**

1.   CAM 1100 replaces CSS 3510/Management for the Arts
2.   CAM 3100 replaces CSS/AWR 3010/Understanding and Writing Grants
3.   CSS 3170 replaces CSS 3060/Art Law and Business (title change only)

---

For additional information and updates during 2008–2010, visit www.purchase.edu/ce.

# Certificate Program in Early Childhood Development

The certificate program in early childhood development is designed for students who wish to pursue concentrated study in the area of child development and gain practical experience working with young children. *Please note that this certificate does not provide teacher licensure.* To enhance employment opportunities, students are advised to combine the certificate with an undergraduate degree.

The curriculum comprises four courses (16 credits total). Through this coursework, students are provided with broad exposure to important areas of study in general and child psychology. In addition, they are given the opportunity to explore in more depth developmental topics that reflect their unique interests and goals. The practicum offers hands-on experience in working with young children at the Purchase College Children's Center.

- Individual courses may be taken without commitment to the entire program.
- Day and evening courses are available; however, because the Children's Center offers daytime childcare, PSY 3850 is offered only during the day.
- Some courses may be offered during summer session, but not every course is offered every year.
- At least two semesters are required to complete the program.
- To earn the certificate, students must be high school graduates and earn a grade of C or higher in certificate courses. Applications for the certificate are available at www.purchase.edu/ce/certificate/.



*Cause of Action #12*

STATE OF NEW YORK : COUNTY OF WESTCHESTER
JUSTICE COURT : HARRISON

People of the State of New York
     Vs.          *Misdemeanor Complaint*
Edward R. MORALES  110 N 3rd Ave. Apt. 2M, Mount Vernon, NY 10550.  DOB: 10/2/1959
    *Defendant*

I, Investigator Mobley, employed by the University Police at Purchase, New York, by this information makes written accusation as follows:

That Edward R. Morales, on the 10th day of July, 2013, in the Town of Harrison, County of Westchester, State of New York, did commit the offense of Aggravated Harassment in the Second Degree, a class A misdemeanor in violation Section 240.30 Sub. 1 of the Penal Law of the State of New York, in that he did, at the aforesaid time and place*

**Count One:** A person is guilty of aggravated harassment in the second degree when, with intent to harass, annoy, threaten or alarm another person, he or she communicates, or causes a communication to be initiated by mechanical or electrical means or otherwise, with a person, anonymously or otherwise, by telephone, or by telegraph, mail or any other form of written communications, in a manner likely to cause annoyance or alarm.

### The facts upon which this information is based are as follows:

The said defendant, at or about 2105 hours on the aforesaid date, at 735 Anderson Hill Road, in the Town of Harrison, County of Westchester, State of New York, did communicate with Danielle P. D'Agosto by electronic mail (email), with intent to harass, annoy, threaten or alarm same, in that he sent an email messages to Danielle P. D'Agosto stating "When I created the term "an educated gang"; I did not mean to offend anybody; word for word, that is what peer pressure is or becomes if not stop in time. What if I was some nuts-crazy (which I am not), and being pushed to the end, and I take a machine gun (which I will not) and because of school "gang-like behavior" looses all opportunities to get to law school, then they garnish my SSD check to pay the loans, so I have nothing to live for, thus, this crazy student (not me) goes out to the school and start killing people. This sound like it has happen before.. wright?". The said defendant's email statement referencing "take a machine gun" "and start killing people", caused Danielle P. D'Agosto to fear for her safety and the safety of her colleagues.

All contrary to the provisions of the statute in such case made and provided.

The foregoing factual allegations are based upon the supporting deposition of Danielle P. D'Agosto (and upon information and belief), the sources of complainant's information being police investigation.

Verification By Subscription And Notice
Under Penal Law Section 210.45

It is a crime, punishable as a class A Misdemeanor under the Laws of the State of New York, for a person, in and by a written instrument, to knowingly make a false statement, or make a statement which such person does not believe to be true.

-or-
day of     ,

NYS University Police
Title or Office

**Affirmed under penalty of perjury this
12th day of July, 2013

_Inv. D. Mobley_
Complainant



**OFFICE OF THE DISTRICT ATTORNEY**
**WESTCHESTER COUNTY**

WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-2000

**JANET DiFIORE**
DISTRICT ATTORNEY

*ORIGINAL DOC. FILED WITH THE COURT.*

September 6, 2013

**By facsimile transmission: (914) 390-4179**

Hon. Nelson S. Roman, U.S.D.J.
Charles L. Brieant Jr. United States Courthouse
300 Quarropas St
White Plains, New York 10601-4150

Re: *Morales v S.U.N.Y. et al.*
13-cv-02586 (NSR)

Dear Judge Roman:

As a non-party[1] interested in maintaining the integrity of criminal prosecutions in Westchester County, this Office respectfully requests this Court to consider this letter response to the document docketed as Entry 22 on August 29, 2013, captioned as the plaintiff's "Motion to Remove State Case to Current Active Federal Case; Show Cause."

Plaintiff therein addresses a prosecution encaptioned *People of the State of New York v Edward R. Morales* pending in the Justice Court of the Town of Harrison, Docket Number 13070584, before which court plaintiff was arraigned on July 30, 2013 upon an accusatory instrument charging the class A misdemeanor of aggravated harassment in the second degree in violation of New York Penal Law §240.30 (1) for allegedly having sent several alarming emails to the S.U.N.Y. Executive Director of Academic Programs, Danielle D'Agosto, threatening to take a machine gun, go to the school and shoot people.[2]    The defendant was also served with a notice pursuant to §710.20 (3) of the Criminal Procedure Law of New York of intent to offer evidence of his statements to a member of the S.U.N.Y. Purchase Police Department on July 16, 2013. The next scheduled appearance in that matter is on September 10, 2013.

First, while 28 U.S.C. § 1443 (1) provides for the removal of a civil action or criminal prosecution from state court to federal court, if the defendant "is denied or cannot enforce in the courts of such State a right under any law providing for the equal rights of citizens of the United States, or of all persons within the jurisdiction thereof," there is no authority whatsoever for a "Motion to Remove" as styled by the plaintiff.

---

[1] By its endorsed Order of August 7, 2013, the Court directed that plaintiff file his requested Amended Complaint on or before August 24, 2013.  By an Amended Complaint filed on August 26, 2013, plaintiff purported to add the "Town of Harrison" as an additional defendant without stating any basis for legal action against that entity.  While that amended complaint was untimely, any appearance on behalf of the Town of Harrison would be by its Town Attorney (Frank Alleggretti, Esq.) and not by this Office.
  This Office was not given notice of the indicated "motion to remove" by the plaintiff, and only became aware of it by advice from counsel for the State defendants.
[2] In the criminal matter, the plaintiff was assigned Robert Brodsky Esq. as his counsel.   I have copied Mr. Brodsky with this letter.

Hon. Nelson S. Roman, U.S.D.J.                    4                    September 6, 2013

Additionally, Judge Matsumoto correctly held as follows (*El,* 2012 WL 3861227, at *3):

> "Finally, to the extent that defendant challenges the State's authority to prosecute her and
> seeks this court's intervention, the court will not intervene in an ongoing state criminal
> matter. *See Younger v. Harris,* 401 U.S. 37, 43–45 (1971) (in general, federal courts
> should refrain from enjoining or otherwise interfering in ongoing state proceedings);
> *Shelley v. Gulotta,* No. 09 CV 4883, 2010 WL 309011, at *1–2 (E.D.N.Y. Jan.26, 2010)
> (applying *Younger* abstention because 'there is an ongoing state criminal prosecution
> against Plaintiff,' 'that state proceeding implicates New York State's important interest in
> enforcing its own criminal laws,' and 'Plaintiff will have adequate opportunity for judicial
> review of his federal constitutional claims in state court')."

Accordingly, the plaintiff's request for removal of his criminal prosecution to this Court should
be dismissed as defective or summarily denied as facially insufficient for such relief.

We respectfully request the Court to direct that this submission be filed on this matter by the
Clerk of the Court.

Respectfully submitted,

JANET DIFIORE
DISTRICT ATTORNEY
WESTCHESTER COUNTY

JOHN JAMES SERGI (JS 8992)
Assistant District Attorney
Chief, Special Litigation

cc:

Edward R. Morales
110 N.3rd. Ave. #2m
Mount Vernon, New York 10550
**By electronic transmission to eam6000@gmail.com**

A.A.G. Katherine Brady Dirks;
A.A.G. Michael Robert Klekman;
Office of the Attorney General,
    State of New York
120 Broadway
New York, New York 10271
**By electronic transmission to Michael.Klekman@ag.ny.gov**





BINGHAMTON
U N I V E R S I T Y
STATE UNIVERSITY OF NEW YORK

Edward A Morales <emoral12@binghamton.edu>

## NOTIFICATION AND REQUEST FOR AN APPEAL

1 message

**Edward A Morales** <emoral12@binghamton.edu>
To: Celia M Klin <cklin@binghamton.edu>, Kathleen M Brunt <kbrunt@binghamton.edu>, "B. Jean Fairbairn" <bjfairba@binghaml
<vanvoors@binghamton.edu>, Andrew H Morris <ahmorris@binghamton.edu>

Edward A Morales <emoral12@binghamton.edu>                                    1:47

to Celia, Kathy, April, Andrew, Daniel, Jean, James, Barbara

CELIA M. KLIN &
KATHLEEN BRUNT

Before filing a request for an injunction for relief, which will adhere to the  Morales v S.U.N.Y. et al. 13-CV-02586 [(NSR) YOU I
redeem its self, by reviewing your retaliatory findings, in the form of filing an appeal with the school  [this is a standard procedu
will be  in charge of handling my appeal.
The court does not require me to accept any school process, and for that matter since this may waive my rights to litigate--as I
page memorandum of law as way of appeal. It is up to you [the school] if is accepted. However, again, It is important that you
court; this applies to all officials that review the document; notification is an imperative element for claiming damages against "C
MEORANDUM OF LAW shall be emailed to you with a deadline to answer.

Please note that my intentions are and will be always to solve problems outside the court. However, and as I expected, your ad
as such.

A memorandum of law will be submitted to you as a form of an appeal on or before Nov 9th, unless otherwise you direct this to

All CC's are hereby notified that you may acting in  VIOLATION --but not limited to--OF THE AMERICAN WITH DISAVILITY A(
12182,§12203, §12101(a)(7)-(8),(b)(1).§12188(b) (1)(B). et seq. And 12203, as Amended, and as the Department (
*Times Co. v. Sullivan]. Again, your you might not be able to assert immunity if you were not to pay for you*

Respectfully,

--

    Edwardo Morales
    205 Chenango St #2
    Binghamton, NY  13901

    (914)410-7647 cell

    Disclaimer,

    This transmittal is intended for a particular addressee(s). It may be a PRIVATE and CONFIDENTIAL attorney-client communication. If it is no
    review, copying or distribution or dissemination is strictly prohibited. If you suspect that you have received this transmittal in error, please not