9

SUNY Purchase retaliatory Actions - Outlook Web App, light version                                         3/30/14 12:05



# SUNY Purchase retaliatory Actions
## MORALES, EDWARD

| | |
|---|---|
| **Sent:** | Sunday, March 24, 2013 9:24 AM |
| **To:** | bill.howard@suny.edu; wendy.kowalczyk@suny.edu; chancellor@suny.edu; civil.rights@ag.ny.gov; wendy.kowalczyk@suny.edu; Diane.Diggs@ed.gov |
| **Attachments:** | Fed 30 days notice Feb 2013.docx (35 KB) [Preview on web]; OCR pending complaints.pdf (273 KB) [Preview on web]; 30 days notice certification.jpg (2 MB); OCR Findings.pdf (2 MB) [Preview on web] |

Mr. William Howard
Senior Vice Chancellor, General Counsel &
Secretary


Sir.


Please be advised that Purchase College is
currently perusing severe retaliatory actions
against me that may cause severe health problems
that may lead to a tragedy due to my
disability.Please contact my adviser Mrs.
Kathleen Ceng; Her supervisor Mrs. Danielle
DAgosto; Mr John Taylor. For the specifics of the
issues. Mr. Taylor is the head of registrar. This
person may be aware of all the abuses that are
going the  building of students affairs and the
possible targeting to my self  in revenge for all
of my complaints with the OCR for violation of
civil rights that had been sent to you. Since I
am graduating in May of this year,Students affair
is making an illegal effort to suspend me from
the school. It is my intention to seek criminal
charges to be filed if anything happens to my
integrity and health,since student affairs
actions are premeditated. I hereby respectfully
ask your intervention on this matter.


CC
US dept Education,

```
Civil rights unit
CC
NYS office of the Attorney General
civil right unit
CC
US Attorney General
Civil & Criminal divisions
610 Federal Plaza
Central Islip NY 11722-4454
(631)715-7900/(631)715-7922 fax

CC
Nancy L. Zimpher
SUNY Chancellor
State University of New York


Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388
```



Microsoft
**Outlook Web App**

Type here to search | Entire Mailbox ▾ | 🔍 | 📖 | ⚙ Options | ❓ | Sign out

Mail

📥 Deleted Items
📝 **Drafts** [13]
📬 **Inbox** (697)
📭 Junk Email
📤 **Sent Items** (4)

Click to view all folders ⌄

📁 **Attached Received** (2)
📁 E-mails from students
📁 Letters From FED & State
📁 Notes From Financial Aid
📁 Notes From Registar
📁 Manage Folders...

✉ Reply | ✉ Reply All | ➡ Forward | | ✖ | 🗑 Junk | Close

**FW:**
**MORALES, EDWARD**

**Sent:** Thursday, September 20, 2012 3:44 PM
**To:** Ceng, Kathleen
**Attachments:** 📄 Student Letter-Marc Brudzi~1.doc (27 KB) [Preview on web]

Kat. This the letter. I will talk to you in
person about may be we can all help each other
here


Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)565-6034
_____

From: Reutershan, Rosalie
Sent: Friday, September 14, 2012 10:32 AM
To: {FA11-SPA3800.20}
Subject:

* * * * * * * * * * * * * * * * * * * * * * * * *
Rosalie Reutershan
Assistant to the Chair
School of Humanities

September 14, 2012

Dear Students:

Professor Marc Brudzinski in the School of Humanities is under review for reappointment.  On behalf of the faculty review committee, I would like to solicit your help as one of his former or present students in this review process.

May I ask you to compose a letter concerning Professor Marc Brudzinski of your acquaintance with the faculty member and should be as detailed and explicit as possible in providing a critical assessment of his qualities as a teacher and member of the academic community.  The more reflective and candid your letter, the more helpful it will be to the review committee. **Please also indicate on the letter whether or not it may be shown to the candidate.**

In order to figure in the deliberations of the review committee, the letters must be received no later than  **October 31, 2012.**   Please address them to the Faculty Review Committee for Professor Marc Brudzinski care of the School of Humanities, SUNY at Purchase College, 735 Anderson Hill Road, Purchase, NY 10577.  Your letter of course, will be held in strict confidence.

Sincerely,


Louise Yelin, Chair
School of Humanities

*Defendant MELISA Jones*
*Admin in a conflict of interest*
*Civ*

FW: FW:Appeal - Outlook Web App, light version

**Outlook Web App**

Type here to search    Entire Mailbox    Options    Sign o...

Mail

Deleted Items
Drafts (14)
Inbox (697)
Junk Email
Sent Items (4)

Click to view all folders ⌄

Attached Received (2)
E-mails from students
Letters From FED & State
Notes From Financial Aid
Notes From Registar

Manage Folders...

**FW: FW:Appeal**
MORALES, EDWARD

This message has been marked as Confidential.
This message was sent with High Importance.

Sent:       Wednesday, April 3, 2013 2:46 PM
To:         Ceng, Kathleen; DAgosto, Danielle
Attachments: 🖼 image001.png (1.0 KB)

Thanks, Kath. here is a copy of appeal. I will file the Injunction on Friday. I am
just sorry that the problems will not be solved out of court then. Note that I am not
copying any email to you both but forwarding them, for obvious reasons

keep me posted if find anything else.

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388
_____

From: MORALES, EDWARD
Sent: Wednesday, April 03, 2013 2:45 PM
To: Palmieri, Ernie; wendy.kowalczyk@suny.edu; bill.howard@suny.edu; Bianchi, Carrie;
dthaler@fmcs.gov
Subject: FW:Appeal

++I++++++++++++++++++++++++++++++++Appeal++++++++++++++++++++++++++++++

Office of the Students affairs.

Mr. Ernie Palmieri.

The actions taken by Ms. Melisa Jones on behave of the Purchase college must be
dismissed for the following reasons:

1) Mrs. Melisa Jones is in a conflict of interest, since she has been notified  of 30
days notice in two occasions ; these documents were file with Ms. Wendy kowalczy,
attorney for SUNY, Ms. Jones, Purchase College, the State Attorney General office, and
your self. Thus this action is retaliatory.

2) Mrs. Wendy kowalczy, attorney for SUNY and Mr. William Howard, were notified and
documented of the impending Local Government District Attorney office  which require
my assistant at  anytime this including yesterday and today and all this week. I
cannot disclose to you this document but it filed with all legal persons.

3) Academic harm. The action (suspension) will have an academic harm since I am
graduating this semester, and going to law school in September 2013.

4) Pending mediation.

Please, I respectfully ask to look into this appeal intermediately, so in case the
suspension is held, I can file an Emergency Injunction for Relief in US District
Federal Court and not loose to much classes. Please note that by filing this
Injunction, and by Federal Law, I cannot continue any mediation with the school and
also require disclose the merits Injunction, which in this case it will be filing a
law suit within ten days of the granting of the Injunction.

Respectfully,

Edwardo Morales
SUNY Purchase College

FW:FW:Appeal - Outlook Web App, light version

735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

From: Jones, Melissa
Sent: Wednesday, April 03, 2013 1:34 PM
To: MORALES, EDWARD
Subject: MISSED DISCIPLINARY FINDING LETTER - Morales, Edward

[cid:image001.png@01CE3070.0641D090]
Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Road
Purchase, NY 10577-1400

tel      914 251 6030
fax      914 251 6034

April 3, 2013


Edward Morales
CID 1100-624-434

Dear Edward:

Listed below are the Initial Conference Findings which resulted from your Initial
Conference which was conducted on April 3, 2013 in your absence. Charges were
communicated to you in a Specification of Charges Form dated March 12, 2013 at 9:00 a
and a revised letter sent on April 3, 2013 at 11:53 am.

| ITEM | CODE | STATEMENT | FINDING |
|------|------|-----------|---------|

Charges related to March 8, 2013:
1.                      F.3
Absent                                   Responsible
The Initial Conference Officer found it more probable than not that you are
responsible based on the Student Affairs reports, which states that you spoke to an
individual that you had a No Contact Order with.

Charges related to April 3, 2013:
1.                      C.3              Absent
Responsible
The Initial Conference Officer found it more probable than not that you are
responsible based on the Student Affairs report, which states that you were verbally
abusive toward the Director of Parking Services.
2.                      F.6
Absent                                   Responsible
The Initial Conference Officer found it more probable than not that you are
responsible based on the information provided in the Student Affairs report, which
states that you were causing a disruption and creating a hostile environment.


Per the Specification of Charges letter delivered to your Purchase College email
account on March 12, 2013 at 9:00 am and the revised copy sent on April 3, 2013 at
11:53 am, it indicates "If you fail to appear at the above stated time and place, all
matters described will be considered true and you will waive your right to a hearing."

As a result of the above specified violation the following sanctions are imposed:


Suspension with Persona Non Grata effective Monday, April 8, 2013 at 1 pm through
August 1, 2013 - This sanction separates a student from the college for a specified
period of time ranging from a portion or all of a given semester to a full calendar
year, and is automatically accompanied by the assignment of a Persona Non Grata status
from the college.  This means that you may not at any time for any purpose, be presen
on the campus of Purchase College, State University of New York.  No invitation from
any person supersedes your Persona Non Grata status.  Please be advised that if you
are found on the campus, you are subject to arrest for criminal trespass.  In the
event that you do not return to Purchase College, your Persona Non Grata status will

remain in effect until such time as it is formally lifted in writing by the college.

conditions for return to the college, if any, must be outlined at the time of suspension.  You must vacate the campus by Monday, February 25, 2013 at 12 noon and your Persona Non Grata status will take effect at that time.

You are expected to comply with the terms as outlined in the sanctions assigned. Failure to do so will result in further Disciplinary action.  Should you have any questions regarding the policies or procedures please feel free to contact my office or any professional staff member in Residence Life.

You may appeal this decision.  Please see the Purchase College student handbook Community Standards of Conduct.  You can access the Community Standards of Conduct online at
http://www.purchase.edu/departments/StudentAffairs/policies/communitystandards.aspx.
The first step in the appeal process is to submit a letter within three working days of receipt of this letter to Ernie Palmieri, Vice President for Student Affairs, by email at saf.conduct@purchase.edu<mailto:saf.conduct@purchase.edu>.   Your letter mus include the specific grounds for the appeal and provide information that substantiate the reason upon which the appeal is being made.


Sincerely,


Melissa Jones
Director for Community Standards

RE: Outreach - Outlook Web App, light version                                    3/30/14 1:18



## Outlook Web App

| Type here to search | Entire Mailbox ∨ | 🔍 |

Options | ❓ | Sign out

Mail

- Deleted Items
- Drafts [15]
- Inbox (697)
- Junk Email
- Sent Items (4)

Click to view all folders ∨

- **Attached Received** (2)
- E-mails from students
- Letters From FED & State
- Notes From Financial Aid
- Notes From Registar

Manage Folders...

Reply | Reply All | Forward | X | Junk | Close

# RE: Outreach
## MORALES, EDWARD

**Sent:** Sunday, December 23, 2012 10:45 AM
**To:** Cloidt, Joseph   *SUNY PURCHASE Psychology G157*
**Attachments:** CAM00006.jpg (617 KB)

Yes.
You are an awesome guy, and it was nice to talk to you too. I will sign a limited consent release in Jan.2013 for Kath. What do you think about my paints, see attached

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388



*Plaintiff was being treated at SUNY Purchase For Depression*

From: Cloidt, Joseph
Sent: Friday, December 21, 2012 3:45 PM
To: MORALES, EDWARD
Subject: Outreach

Hi Edward,
It was good to meet you the other day.  Kathleen Ceng contacted the Counseling Center to let us know that you shared with her that you had a breakdown.  Ms. Ceng expressed that she is concerned about you and the difficult time you are currently having.  Ms. Ceng would like to be assured that you are receiving the support of the Counseling Center.  I would greatly like to be able to assure Ms. Ceng that you have initiated contact with the Counseling Center and have expressed a desire to participate in counseling during the Spring Semester of 2013 starting in January.  In order to communicate this to Ms. Ceng I will need you to come to the Counseling Center before 5:00pm today or at the beginning of

the next semester in January to sign a consent to
release information to her.
I look forward to seeing you soon, either today
or early next semester.
Respectfully,
Joe

Joseph F. Cloidt, LMHC
Staff Counselor

Purchase College Counseling Center
735 Anderson Hill Rd.
Purchase, NY 10577-1402
(914) 251-6390
(914) 251-6399 fax
joseph.cloidt@purchase.edu
www.purchase.edu


The use of electronic e-mail is not a secure form
of communication and should not be used for
uregent needs or emergencies.  To discuss matters
of a confidential nature, please call the
Counseling Center at 914-251-6390.

Connected to Microsoft Exchange

Conflic of Interest

RE: Legal metter - Outlook Web App, light version

Microsoft
**Outlook** Web App

Type here to search   Entire Mailbox   🔍

Mail

- Deleted Items
- Drafts (15)
- Inbox (697)
- Junk Email
- Sent Items (3)

Click to view all folders »

- Attached Received (2)
- E-mails from students
- Letters From FED & State
- Notes From Financial Aid
- Notes From Registar

Manage Folders...

## RE: Legal metter
MORALES, EDWARD

This message has been marked as Confidential.

Sent: Thursday, April 4, 2013 10:48 AM
To: Jones, Melissa; wendy.kowalczyk@suny.edu

Madame.

You must contact Mrs. kowalczyk; since at time there was suspension there was
protected status by OCR that you were aware of, and pending legal procedures
(mediation) scheduled for May 1st,;any  contact with the school will be trough the
school legal department. Please note that if and when the appeal is denied, kindly
specify if the suspension apply to attending classes too. I will not discuss anything
related to legal procedures or due process with any school official with the exceptio
of SUNY attorneys. Anything pertaining to the suspension is now a legal matter.


respectfully,



Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388
_____
From: Jones, Melissa
Sent: Thursday, April 04, 2013 10:34 AM
To: MORALES, EDWARD
Cc: Palmieri, Ernie
Subject: Appeal Letter

Dear Edward,

Thank you for your appeal letter, however, I am going to ask you to resubmit your
letter by Monday, April 8, 2013.  Specifically, I need you to specify which ground(s)
under the Code of Conduct you would like your appeal to reviewed under.  Additionally
I need you to explain how the ground(s) fits your case. The appeals process is
explained within the following link:
http://www.purchase.edu/departments/StudentAffairs/policies/communitystandards.aspx.

Under subsection V "Discipline Process" number 7 you will find the explanation of the
appeals process.

The grounds for appeals are as follows:

(1.) Fair consideration was not provided to the student, (i.e., there is evidence tha
some aspect of the hearing was prejudicial, arbitrary, or capricious).

(2.) New and significant information, not reasonably available at the time of the
initial hearing, has become available.

(3.) The sanction or remedy imposed is not in due proportion to the nature and
seriousness of the offense.

After reviewing the grounds, please revise your letter and re-submit your letter by
Tuesday, April 2, 2013 at 9:30 am to saf.conduct@purchase.edu.

If you have questions, please feel free to contact me via email at
melissa.jones@purchase.edu or via phone at (914) 251-6033.

Sincerely,

RE: Legal matter - Outlook Web App, light version

Melissa Jones
Director for Community Standards
Purchase College, S.U.N.Y.
735 Anderson Hill Road
Purchase, New York 10577
Phone: (914) 251-6033
Email: Melissa.jones@purchase.edu


"These records are protected by the Family Educational Rights and Privacy Act and are
provided under an exception to the Act found in Section 99.32. These records must be
maintained confidentially and may not be redisclosed. They must be destroyed when you
legitimate educational interest no longer exists."

-----Original Message-----
From: MORALES, EDWARD
Sent: Wednesday, April 03, 2013 2:45 PM
To: Palmieri, Ernie; wendy.kowalczyk@suny.edu; bill.howard@suny.edu; Bianchi, Carrie;
dthaler@fmcs.gov
Subject: FW:Appeal
Importance: High
Sensitivity: Confidential


+++++++++++++++++++++++++++++++++++Appeal+++++++++++++++++++++++++++++++

Office of the Students affairs.

Mr. Ernie Palmieri.

The actions taken by Ms. Melisa Jones on behave of the Purchase college must be
dismissed for the following reasons:

1) Mrs. Melisa Jones is in a conflict of interest, since she has been notified of 30
days notice in two occasions ; these documents were file with Ms. Wendy kowalczy,
attorney for SUNY, Ms. Jones, Purchase College, the State Attorney General office, and
your self. Thus this action is retaliatory.

2) Mrs. Wendy kowalczy, attorney for SUNY and Mr. William Howard, were notified and
documented of the impending Local Government District Attorney office  which require
my assistant at  anytime this including yesterday and today and all this week. I
cannot disclose to you this document but it filed with all legal persons.

3) Academic harm. The action (suspension) will have an academic harm since I am
graduating this semester, and going to law school in September 2013.


4) Pending mediation.


Please, I respectfully ask to look into this appeal intermediately, so in case the
suspension is held, I can file an Emergency Injunction for Relief in US District
Federal Court and not loose to much classes. Please note that by filing this
Injunction, and by Federal Law, I cannot continue any mediation with the school and
also require disclose the merits Injunction, which in this case it will be filing a
law suit within ten days of the granting of the Injunction.


Respectfully,


Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388
_____
From: Jones, Melissa
Sent: Wednesday, April 03, 2013 1:34 PM
To: MORALES, EDWARD

Subject: MISSED DISCIPLINARY FINDING LETTER - Morales, Edward

[cid:image001.png@01CE3070.0641D090]
Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Road
Purchase, NY 10577-1400

tel      914 251 6030
fax      914 251 6034

April 3, 2013

Edward Morales
CID 1100-624-434

Dear Edward:

Listed below are the Initial Conference Findings which resulted from your Initial
Conference which was conducted on April 3, 2013 in your absence. Charges were
communicated to you in a Specification of Charges Form dated March 12, 2013 at 9:00 a
and a revised letter sent on April 3, 2013 at 11:53 am.

ITEM            CODE                    STATEMENT                       FINDING
Charges related to March 8, 2013:
1.                      F.3
Absent                                          Responsible
The Initial Conference Officer found it more probable than not that you are
responsible based on the Student Affairs reports, which states that you spoke to an
individual that you had a No Contact Order with.

Charges related to April 3, 2013:
1.                      C.3                     Absent
Responsible
The Initial Conference Officer found it more probable than not that you are
responsible based on the Student Affairs report, which states that you were verbally
abusive toward the Director of Parking Services.
2.                      F.6
Absent                                          Responsible
The Initial Conference Officer found it more probable than not that you are
responsible based on the information provided in the Student Affairs report, which
states that you were causing a disruption and creating a hostile environment.

Per the Specification of Charges letter delivered to your Purchase College email

account on March 12, 2013 at 9:00 am and the revised copy sent on April 3, 2013 at
11:53 am, it indicates "If you fail to appear at the above stated time and place, all
matters described will be considered true and you will waive your right to a hearing.

As a result of the above specified violation the following sanctions are imposed:

Suspension with Persona Non Grata effective Monday, April 8, 2013 at 1 pm through
August 1, 2013 - This sanction separates a student from the college for a specified
period of time ranging from a portion or all of a given semester to a full calendar
year, and is automatically accompanied by the assignment of a Persona Non Grata status
from the college.  This means that you may not at any time for any purpose, be present
on the campus of Purchase College, State University of New York.  No invitation from
any person supersedes your Persona Non Grata status.  Please be advised that if you
are found on the campus, you are subject to arrest for criminal trespass.  In the
event that you do not return to Purchase College, your Persona Non Grata status will
remain in effect until such time as it is formally lifted in writing by the college.
Conditions for return to the college, if any, must be outlined at the time of
suspension.  You must vacate the campus by Monday, February 25, 2013 at 12 noon and
your Persona Non Grata status will take effect at that time.

You are expected to comply with the terms as outlined in the sanctions assigned.
Failure to do so will result in further Disciplinary action.  Should you have any
questions regarding the policies or procedures please feel free to contact my office
or any professional staff member in Residence Life.

You may appeal this decision.  Please see the Purchase College student handbook

you may appeal this decision.  Please see the Purchase College Student Handbook
Community Standards of Conduct.  You can access the Community Standards of Conduct
online at
http://www.purchase.edu/departments/StudentAffairs/policies/communitystandards.aspx.
The first step in the appeal process is to submit a letter within three working days
of receipt of this letter to Ernie Palmieri, Vice President for Student Affairs, by
email at saf.conduct@purchase.edu<mailto:saf.conduct@purchase.edu>.   Your letter must
include the specific grounds for the appeal and provide information that substantiate
the reason upon which the appeal is being made.


Sincerely,


Melissa Jones
Director for Community Standards

RE: NO CONTACT ORDER - DeRosa and Morales - Outlook Web App, light version

*Roy Freeman to*
*MELISSA Jones*

3/30/14 1:36

Microsoft
**Outlook** Web App

| Type here to search | Entire Mailbox ∨ | 🔍 | | 🔲 Options | ❓ | Sign out |

**Mail**

- 🗑 Deleted Items
- 📄 Drafts [15]
- 📥 Inbox (697)
- 🗑 Junk Email
- 📤 Sent Items (3)

Click to view all folders ∨

- 📁 **Attached Received** (2)
- 📁 E-mails from students
- 📁 Letters From FED & State
- 📁 Notes From Financial Aid
- 📁 Notes From Registar

- 📁 Manage Folders...

🔄 Reply  🔄 Reply All  🔄 Forward  ✕  🚫 Junk  Close

## RE: NO CONTACT ORDER - DeRosa and Morales
MORALES, EDWARD

This message has been marked as Confidential.

**Sent:**   Wednesday, February 13, 2013 10:11 AM
**To:**   Jones, Melissa; Baptiste, Michele; Wendy.Kowalczyk@suny.edu; Bianchi, Carrie
**Attachments:**   📄 Federal Statutory notice ~1.docx (33 KB) [Preview on web]; 📄 Fed Sattutory notice.doc (27 KB) [Preview on web]

+++++++++++++++++++NOTICE+++++++++++++++++++

Mrs Jones,

Madame as I explained to you on our last
preliminary hearing, that you are a party
(defendant) named  In accordance and in pursuant
to 42 U.S.C. § 6104(e)(1), It will in conflict of
interest to be in the same room without a
witness, and also since your retaliatory nature
of your personality makes impossible; please see
attached--which does not include final notice
pursuant to 42 U.S.C. § 6104(e)(1)-- please
consult with your attorney.

The preliminary hearing can also be video taped
or done over the phone and/or with an affidavit,
in any case it not inappropriate and/or legal to
deny assistance in any type of hearing of any
kind.

Disclosure.

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

From: Jones, Melissa

Sent: Wednesday, February 13, 2013 9:03 AM
To: MORALES, EDWARD
Subject: RE: NO CONTACT ORDER - DeRosa and
Morales

Dear Edward,

As for your request to have your advisor present,
no other individual is allowed to be present
during the initial conference except the accused
student and the initial conference officer, since
you have the right to go to a hearing if you
disagree with the finding and/or sanction.
However, Ms. Ceng can be present in the hearing
as a support person.  At the time of your initial
conference her role as a support person and your
rights in a hearing will be explained to you if
you request a hearing.

I would also like to take this time to address
your email sent on February 13, 2013 at 8:33 am
requesting that your initial conference be
reschedule for February 19, 2013.  According to
your class schedule you do not have classes on
Tuesday, therefore, I have rescheduled your
initial conference for 1:00 pm on February 19,
2013. Please be aware that this meeting will take
place in the Student Services Building, 3rd
floor, room 322.

Finally, please know that if you fail to show for
the date and time of your rescheduled initial
conference all matters described will be
considered true and you will waive your right to
a hearing. In turn, you will be responsible for
any finding or sanction imposed.  Additionally,
you will have a right to appeal within three
working days of receipt of your finding letter to
the Vice President of Student Affairs.

Sincerely,


Melissa Jones
Director for Community Standards
Purchase College, S.U.N.Y.
735 Anderson Hill Road

Subject:   FW: Thank You Garden insident

From:      MORALES, EDWARD (EDWARD.MORALES@purchase.edu)

To:        eam6000@yahoo.com;

Date:      Saturday, March 29, 2014 2:58 PM

From: MORALES, EDWARD
Sent: Tuesday, August 14, 2012 12:58 PM
To: eam6000@yahoo.com
Subject: FW: Thank You

From: Delate, John
Sent: Sunday, June 17, 2012 7:48 PM
To: MORALES, EDWARD
Subject: Re: Thank You

Thanks for the info, Ed.  I hope everything works out.

John
-----Original Message-----
From: "MORALES, EDWARD" <EDWARD.MORALES@purchase.edu>
Date: Sun, 17 Jun 2012 19:28:25
To: Delate, John<john.delate@purchase.edu>
Subject: RE: Thank You

Sorry John about this incident.

On several occasion I have file complaints on several police officers and their procedure, although in many cases
their procedures are understandable. As I have spoken to several Police Supervisors before about stooping me
unnecessary  in campus because of my age, there was an agreement that I was not going to be targeted for any
reason and for any unnecessary cause in the future. They were worn that if there was another unnecessary police
contact, there were be consequences, so here they are. Please understand that this has nothing to do with you or
housing, it is just with police procedures. I do some independent voluntary work with police all the time regarding
police procedures and through the years I have learned that legal documents is the only way they work by the book.
I hope you understand that litigation against SUNY is a must. The system is not contemplated for adults (mature)
students. The school does not know or have the experience to handle unconventional students like me. That needs
to be change. Police will think twice now before proceeding out of their jurisdiction again.

About the garden coordinator, she must understand that people cannot be treated like criminal in issues so civil and
mundane than the one today. If she cannot procede in professional way and that her poor judgement can cause
other people serious problem, then she should not coordinate anything. If the garden is only for selected students,
then there should be a "no trespassing" sign posted or the door looked, otherwise, is open anyone. It is my mistake,
but my mother and I did not mean any harm. It was very sad to see my mother (she is 89) looking at all her work
destroyed today. That is way I was so upset.

Police were served with a 30 days notice, see enclosed (wish means..nothing just so they keep their distance).Police supervisor will come speak to my tonight.

Please this note and its contents, is just for you records and may not shared with anyone.

Sorry

---

From: Delate, John
Sent: Sunday, June 17, 2012 5:44 PM
To: MORALES, EDWARD
Cc: Tripodi, Joseph
Subject: Re: Thank You

Yes, Ed, there are students in charge of that garden, so it is their area.  I am forwarding your message to Joe, so that he is aware of the developments.

Take care,

John
------Original Message------
From: MORALES, EDWARD
To: John Delate
Subject: RE: Thank You
Sent: Jun 17, 2012 5:39 PM

John

Yesterday my mother and I went to the student garden and since it was so run down, we clean up and put some tomato seed in space about 2' by 2 '. Today, I went to put some water and all the what we did was taken out and destroyed. A very rude note was left there saying that I tampered with he garden,and a phone # was left.  I felt really bad and upset about it, I called the person left  told her to come and talk because ether I or her owe an apology to each other. She called the police, the police came and were very rude, they even threaten me with taking me to the station. It may be my mistake, by going to the garden but, this issue needs to be investigated, since the person that went to the garden, obviously needs act in a more mature way. On the other hand there is no need to send the police for an issue that is not a police matter. i will take this issue further since I think cannot happens again. It seem that there is no way one can live in peace here in school.

I am sure this could have been handle in a different way

Ed

---

From: Delate, John
Sent: Sunday, June 17, 2012 3:38 PM
To: MORALES, EDWARD
Cc: Tripodi, Joseph
Subject: Re: Thank You

Hi Ed,

Joe from Sustainability will provide info on the garden.

Take care,

John

------Original Message------
From: MORALES, EDWARD
To: John Delate
Subject: RE: Thank You
Sent: Jun 17, 2012 3:22 PM

Its OK jhon, what's has to be done has to be done.


John, there is a student garden on the path way dehind the s LIU building. It appears that someone has taken
property over it. Could you tell about it please, or how I can get information about it.


Thank you.


Edward.

_____

From: Delate, John
Sent: Sunday, June 17, 2012 12:32 PM
To: 'summerresidents@purchase.edu'
Subject: Thank You

Thank you all for your understanding and patience during Saturday's all-day power outage.  I know it was quite an
inconvenience to be without electricity all day until almost midnight, but the time allowed the contractor to fully
prepare the annex building (trailers off Lincoln Avenue) for electrical power there.

Enjoy the rest of the weekend.

John D.

**Subject:** FW: Professor Notification for Fall 2011;professor denied accomodation

**From:** MORALES, EDWARD (EDWARD.MORALES@purchase.edu)

**To:** eam6000@yahoo.com;

**Date:** Saturday, March 29, 2014 2:22 PM

Edward Morales
Binghamton University
Box 10134
P.O. Box 6020
Binghamton, NY 13902-6020
(914)297-2090 (not active)
(914)410-7647 cell

Disclaimer,

This transmittal is intended for a particular addressee(s). It may be a PRIVATE and CONFIDENTIAL attorney-client communication. If it is not clear that you are the intended recipient, you are now notified that you have received this message by mistake; any review, copying or distribution or dissemination is strictly prohibited. If you suspect that you have received this transmittal in error, please notify immediately by email replying to the sender and delete the transmittal and any attachments.

From: MORALES, EDWARD
Sent: Wednesday, August 1, 2012 11:09 AM
To: james.moser@ed.gov
Subject: FW: Professor Notification for Fall 2011

No accommodation issue

On this class; professor deny accommodation; there fore i could not complete the mid-and final term test; losing one full grade. I complaint was submitted to the continuing education depart. they issue a no finding. Also be cause I have to get up of the class very often, the prf. wrote me 8 absentees; while my absentees are perfect (none) on each class.

EM

From: Grogan, Patricia
Sent: Monday, March 26, 2012 11:56 AM
To: MORALES, EDWARD
Subject: FW: Professor Notification for Fall 2011

From: Grogan, Patricia
Sent: Monday, October 17, 2011 12:52 PM
To: Breslin, John
Cc: MORALES, EDWARD; Rubin, Francine
Subject: Professor Notification for Fall 2011
Sensitivity: Confidential

October 17, 2011

To:      Professor John Breslin

RE:      Registered Student: Edward Morales
Course:  Law, Ethics, and the Media – CSS 3755.45

Notification to Faculty of Student with Documented Physical or Learning Disabilities

As you know, both the Rehabilitation Act of 1973 (Section 504) as well as the Americans with Disabilities Act requires colleges and universities to comply with the laws that protect the rights of disabled persons.

The Office for Students with Disabilities works directly with special-needs students and is responsible for notifying you of these special needs when requested by the student to do so. Information concerning the student's disability is confidential and should be shared only on the basis of an educational need to know. The student listed above is registered for your course and is entitled to the following modifications:

Accommodations Requested:

    Extended Test Time                      Private Test Location
    In-class Note Taker/Interpreter       Tape Recorder

Other: Student is disabled with a spinal injury

The Learning Center, is located in the Student Services Bldg, Rm. 221, and is available to discuss tutoring services for special-needs students

Please call us for any questions you may have at X6035.

Ronnie Mait
Coordinator – Office of Special Services

RM/mg
cc:
Advisor
Student
Academic Support
Prof Notif 115-rm

Subject:  FW: Professor Notification for Spring 2012 ADA accomodation to Proffesor

From:  MORALES, EDWARD (EDWARD.MORALES@purchase.edu)

To:  eam6000@yahoo.com;

Date:  Saturday, March 29, 2014 2:19 PM

Edward Morales
Binghamton University
Box 10134
P.O. Box 6020
Binghamton, NY 13902-6020
(914)297-2090 (not active)
(914)410-7647 cell

Disclaimer,

This transmittal is intended for a particular addressee(s). It may be a PRIVATE and CONFIDENTIAL attorney-client communication. If it is not clear that you are the intended recipient, you are now notified that you have received this message by mistake; any review, copying or distribution or dissemination is strictly prohibited. If you suspect that you have received this transmittal in error, please notify immediately by email replying to the sender and delete the transmittal and any attachments.

From: MORALES, EDWARD
Sent: Wednesday, August 1, 2012 11:03 AM
To: james.moser@ed.gov
Subject: FW: Professor Notification for Spring 2012

From: Grogan, Patricia
Sent: Wednesday, April 25, 2012 12:37 PM
To: Oling, Rebecca
Cc: MORALES, EDWARD; Nassisi, Richard; Rubin, Francine; Mait, Ronnie
Subject: Professor Notification for Spring 2012

April 25, 2012

To:   Rebecca Oling  and  P. Callahan

RE:   Registered Student: Edward Morales
Courses: Introduction to Criminal Law – CSO 1510.20
        Legal Research – CSO 3065.20RR
        Adv. Culture & Conversation – SPA 3340.20
        Introduction to Literature – LIT 1520.20
        Censorship: Social & Legal Perspectives – CSO 3481.45
        Law & The Family – CSO 3475.45

Notification to Faculty of Student with Documented Physical or Learning Disabilities

As you know, both the Rehabilitation Act of 1973 (Section 504) as well as the Americans with Disabilities Act requires colleges and universities to comply with the laws that protect the rights of disabled persons.

The Office for Students with Disabilities works directly with special-needs students and is responsible for notifying you of these special needs when requested by the student to do so. Information concerning the student's disability is confidential and should be shared only on the basis of an educational need to know. The student listed above is registered for your course and is entitled to the following modifications:

Accommodations Requested:

| Extended Test Time | X | Private Test Location X |
| In-class Note Taker/Interpreter | | Tape Recorder |

Other: STUDENT IS DISABLED WITH A SPINAL INJURY AND SHOULD BE ALLOWED TO WALK AROUND

The Learning Center, is located in the Student Services Bldg, Rm. 221, and is available to discuss tutoring services for special-needs students

Please call us for any questions you may have at X6035.

Ronnie Mait
Coordinator – Office of Special Services

RM/mg
cc:      Advisor                        R. Nassisi – School of Liberal Arts and Sciences
Student
Academic Support
Prof Notif 115-rm



Untitled Message - Outlook Web App, light version                                3/30/14  10 2...

Microsoft
Outlook Web App

Type here to search  Entire Mailbox ∨  🔍

Mail

**Deleted Items**
**Drafts** [12]
**Inbox** (697)
**Junk Email**
**Sent Items** (4)

Click to view all folders ≫

**Attached Received** (2)
**E-mails from students**
**Letters From FED & State**
**Notes From Financial Aid**
**Notes From Registar**

Manage folders...

**MORALES, EDWARD**

You forwarded this message on 3/29/2014 2:14 PM.

Sent: Monday, July 30, 2012 4:49 PM

To:  Balascio, Qui Qui; Bianchi, Carrie; Ceng, Kathleen; Ceng, Kathleen; DAgosto, Danelle; Espinales, Ricardo; **Delate, John**; Grogan, Patricia; Jones, Melissa; wendy.kowalczyk@suny.ed...

Via-email to :

Balascio, Qui Qui [remove]; Bianchi, Carrie [remove]; Ceng, Kathleen [remove]; Ceng, Kathle
Espinales, Ricardo [remove]; Delate, John [remove]; Grogan, Patricia [remove]; Jones, Melis
[remove]

Copy of Retaliatory complaint--last submited, on 7-26-12 in addition to the complains filed
kowalczyk).
*******************************************************************
OCR Electronic Complaint Submission
Inbox
x

ocr_complaint@ed.gov
Jul 26 (4 days ago)

to me, OCR.NewYork
PLEASE DO NOT REPLY TO THIS E-MAIL. THIS E-MAIL ADDRESS IS USED BY DEPARTMENT OF EDUCATION

Your complaint with the Office for Civil Rights, a copy of which is reproduced below, has b
following office for review:

Office for Civil Rights/ED
New York Office

32 Old Slip, 26th Floor

New York, NY, 10005-2500

So that we can best assist you, we call your attention to the following:

1.  If you need to communicate with OCR regarding your complaint before you are contacted d
message, which would result in your reply going to a send-only server address.  Instead, pl
above office at OCR.NewYork@ed.gov.

2.  If you need to modify or supplement your complaint, please do not use the complaint for
new information.  Instead, you may simply send an email to the office that has your complai

impede our ability to review your concerns in a timely manner.  (If you have a separate com
of course use this form to submit it.)

3.  Remember that before OCR can process your complaint it must receive at the above addres
Rights Consent Form, which you can obtain at http://www.ed.gov/about/offices/list/ocr/edit...

4.  It is recommended that you print a copy of this message and retain it for your records.

The following information has been sent to the specified office:

OCR COMPLAINT FORM

1. Enter information about you.

Your First Name: edward                          Your Last Name: morales

Your Address: 735 anderson hill rd

City: purchase

State: NY    Zip Code: 10577

Best Time to Call You: DAY        Primary Phone No: 914-565-6034

Alternative Phone No:

5. Have you tried to resolve the complaint through the institution's grievance process, du agency?

Yes

Agency Name: Precidence offices

Date Filed: 10/02/2011 (mm/dd/yyyy)

Status: no answer. they continue, and now they retaliating.


6. Describe the discrimination

OCR enforces regulations that prohibit discrimination on the basis of race, color, nationa

All that apply:

race or color

national origin

disability

sex

age

retaliation
you filed a complaint or asserted your rights

Why you believe the discrimination was because of race, sex, disability, or whatever basis the action was retaliatory.

Summer 2011-2012.
Age discrimination for admission--must pass psychological interview because of age).
Summer 2011-2012.
Failure to provide accommodation under the ADA.
Fall 2011-Spring 2012
Failure to provide proper accommodation under the ADA.
Fall 2011-Spring 2012.
Failure to comply with proper accommodation under the ADA.
Fall 2011.
Age discrimination; housing.
Fall 2012.
Age discrimination; dismissal of class-freedom of speech.

Fall 2011.
Retaliatory action--permanent "F"--for freedom of speech.
Fall 2011.
No ADA accommodation on hearing.
Fall 2011.
Sex, Age, Gender, Nationality discrimination; No rearing and/accommodation under ADA.
Fall 2011-now
Invasion of privacy, electronic communication act, (unauthorized intervention-hacking-for s
Fall 2011-now 2012
retaliatory action, "Intentional Infliction of Emotional Pain" against Doctor's advise due
Fall 2011-now 2012
No accommodation and discrimination for none-smokers, failure to comply with smoking-free
Current.
Housing retaliatory action, further discrimination


7. Your complaint must be filed within 180 days of the discriminatory action

When did the last act of discrimination occur?

Enter the date: 06/12/2012 (mm/dd/yyyy)

Are you requesting a waiver of the 180-day filing time limit for discrimination that occurre of this complaint?

Yes. Reason for not filing complaint before 180 days.

The school continue to retaliate- I am living in school and I am disabled. school have been

RE: Scheduled ending of summer apartment housing - Outlook Web App, light version                                    3/30/14 10:28



**RE: Scheduled ending of summer apartment housing**

MORALES, EDWARD

**Sent:** Thursday, August 2, 2012 1:48 PM
**To:**  Balcom, Emily

Please prior email.


Again, and final; you are not providing
accommodation as mandated by Federal Laws.  I am
not leaving but you are asking me out by the 3rd
of this months.  It is impossible for me to leave
that soon, (tomorrow) this shows your poor and
discriminatory judgement. I most likely be able
to leave by the 11th of this month and that will
be to a shelter, and that only if the college
issues an eviction or vacating  notice. I will
stay in campus if you stay within the law. You
still think this is a private school, but it is
not.You have been notified of your possible
retaliation and consequences of your
unprofessional action before. Please understand
that this issues is being closely monitored by s
Federal Agency, and that retaliatory action will
be prosecuted. You still think this is a private
school, but it is not.

Another of you improper email, and I will have to
file a complaint with the USDOE civil rights, for
retaliation.



E Morales

_____
From: Balcom, Emily
Sent: Thursday, August 02, 2012 12:14 PM
To: MORALES, EDWARD
Cc: Delate, John; Byrnes, John-J
Subject: Scheduled ending of summer apartment
housing

3/30/14 10:28

Dear Edward,

Since you informed the Office of Residence Life
that you will not be residing on campus this fall
semester, please be advised that check-out for
summer residents is on Friday, August 3, 2012.

You can check out at the J-2-1 complex office in
the Olde apartments between 9:00 am and 4:00 pm.

Thank you,

Emily

Emily Balcom
Associate Director of Residence Life
Purchase College, State University of New York
735 Anderson Hill Road
Purchase, NY 10577
(914) 251-6320 (v)
(914) 251-6319 (f)

Connected to Microsoft Exchange

RE: Fall Housing - Outlook Web App, light version                                                                              3/30/14 10:30



___You must use the College lowest price, you cannot forc
meals. If you cannot; then please explain why so?

* * * * * * * * * * * * * * * * * * * *NOTICE* * * * * * * * * * * * * * * * * * * * * * * * * *

Please more back and forth useless communication; let us
stick to the point; you stressing, and I am a disabled
person; stress can cause inflammation of herniated neck
disks, and as I told john Delate, this can be fatal.


Ed

CC; Delate, John; Balascio, Qui Qui;
wendy.kowalczyk@suny.edu; james.moser@ed.gov;
diane.diggs@ed.gov; Bianchi, Carrie; Ceng, Kathleen;
DAgosto, Danielle




_____

From: Balcom, Emily
Sent: Monday, July 30, 2012 11:10 AM
To: MORALES, EDWARD; Delate, John; Balascio, Qui Qui;
wendy.kowalczyk@suny.edu; james.moser@ed.gov;
diane.diggs@ed.gov; Bianchi, Carrie; Ceng, Kathleen;
DAgosto, Danielle
Subject: RE: Fall Housing

Edward,

I was directed to house you in an apartment triple. The
cost is printed on our website.

If I am directed to house you elsewhere, then I will do
so.

Emily Balcom
Associate Director of Residence Life
Purchase College, State University of New York

```
739 Anderson Hill Road
Purchase, NY 10577
(914) 251-6320 (v)
(914) 251-6319 (f)


-----Original Message-----
From: MORALES, EDWARD
Sent: Monday, July 30, 2012 11:09 AM
To: Balcom, Emily; Delate, John; Balascio, Qui Qui;
wendy.kowalczyk@suny.edu; james.moser@ed.gov;
diane.diggs@ed.gov; Bianchi, Carrie; Ceng, Kathleen;
DAgosto, Danielle
Subject: RE: Fall Housing

Emily.

As per our conversation a few minutes ago; you explained
to me that John Delate was wrong on his housing prices
(see below), and that the lowest price available for me i
now over $4000.oo for triple, while the lowest price for
triple is is $2,600. for the Fall semester. Please also
explain why? Please be aware that there are several
complaint with US Dept. Of Education--civil rights unit;
one of them Age discrimination (several) housing. Also
please explain why employees and their  relatives are
getting special rates.



Ed


cc. SUNY Office of the General Consel
cc James Moser Dept. Of Education
cc Daine S. Diggs
```

```
From: Balcom, Emily
Sent: Monday, July 30, 2012 10:37 AM
To: Delate, John; MORALES, EDWARD
Cc: Hamberger, Joyce
Subject: RE: Fall Housing


Edward,

I have added a deposit waiver to your account. Please
follow the link in the email from RLI and complete your
Residence License Agreement, and I will assign you to a
triple apartment in the Commons.

Emily Balcom
Associate Director of Residence Life
Purchase College, State University of New York
```

```
                735 Anderson Hill Road
                Purchase, NY 10577
                (914) 251-6320 (v)
                (914) 251-6319 (f)


                -----Original Message-----
                From: Delate, John
                Sent: Saturday, July 28, 2012 7:42 AM
                To: MORALES, EDWARD
                Cc: Hamberger, Joyce
                Subject: Fall Housing

                Hi Edward,

                Thank you for confirming that you wish to live on campus
                for the fall semester at the lowest rate we offer.

                Residence hall triple rooms are in the freshmen-only
                buildings, so the next option would be an apartment
                triple.  An apartment triple is a one-bedroom apartment i
                the Commons apartments that includes a common area and a
                kitchen.  Since a kitchen is included, a meal plan is not
                required.

                I will have Joyce email you the exact cost of the
                apartment triple on Tuesday, but I believe it is ~$3,000
                per semester.

                We will notify you during the month of August when you
                will move from your summer assignment to your fall
                apartment.

                Thank you,

                John
```

FW: one step from litigation - Outlook Web App, light version                    3/30/14 10:36



Type here to search | Entire Mailbox | 🔍        📖   Options  ❓  Sign out

Mail

📁 Deleted Items
📁 Drafts [12]
📁 Inbox (697)
📁 Junk Email
📁 Sent Items (4)

Click to view all folders ⌄

📁 **Attached Received (2)**
📁 E-mails from students
📁 Letters From FED & State
📁 Notes From Financial Aid
📁 Notes From Registar

📁 Manage Folders...

Reply | Reply All | Forward |  ×  | Junk | Close

## FW: one step from litigation
MORALES, EDWARD

**Sent:** Wednesday, March 27, 2013 1:43 PM
**To:** Baptiste, Michele

Michelle.

I did send this email to SUNY and State officials this morning. I am forwarding it to you separate for obvious reasons. Please see below.


Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

From: MORALES, EDWARD
Sent: Wednesday, March 27, 2013 1:17 PM
To: bill.howard@suny.edu; chancellor@suny.edu;
civil.rights@ag.ny.gov; wendy.kowalczyk@suny.edu;
dthaler@fmcs.gov
Subject: one step from litigation

Mr. William. Howard.
SUNY Senior Vice Chancellor, General Counsel &
Secretary

Mr. Howard.
Mrs. Wendy Kowalczyk, cannot be part of any
mediation with SUNY, the Federal agency and my
self violations since she will be in a conflict
of interest and due to her, known or unknown,
unprofessional actions. Please notify the
Attorney Gel. I did asked you for diversity not
long ago. Nine out ten SUNY official involved on
these issues are women. It is my right to ask for
diversity. SUNY is one small step from legal
action, I respectfully ask you to try to avoid

that.

Please respectfully I ask you to see to it.

Note.

Basic, and imperative issues to be discussed at
mediation are; compensation (since 2010) and law
school (academic harm, and I am trying to go UB
Law). If SUNY is not in accord with these, please
let me know so I will cancel the mediation and
proceed with litigation of the charges prior to
Sept. 2012. Kindly respond  before mediation is
schedule.

respectfully,

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

Connected to Microsoft Exchange