FW: DISCIPLINARY SPECIFICATION OF CHARGES - Morales, Edward - Outlook Web App, light version

3/30/14 11:14

## Outlook Web App

Type here to search  Entire Mailbox

Mail

- Deleted Items
- Drafts [13]
- Inbox (697)
- Junk Email
- Sent Items (4)

Click to view all folders

- Attached Received (2)
- E-mails from students
- Letters From FED & State
- Notes From Financial Aid
- Notes From Registar

Manage Folders...

### FW: DISCIPLINARY SPECIFICATION OF CHARGES - Morales, Edward
MORALES, EDWARD

This message has been marked as Confidential.
This message was sent with High Importance.
You forwarded this message on 6/22/2013 11:13 PM.

Sent: Tuesday, March 12, 2013 1:12 PM
To: Bianchi, Carrie; bill.howard@suny.edu; Ceng, Kathleen; DAgosto, Danielle; diane.castro@ed.gov; Diane.Diggs@ed.gov; james.moser@ed.gov; Palmieri, Emil; wendy.kowalczyk@suny.edu; Streisfeld, Arnold; Ricciardi, Laura; Schwarz, Thomas; Gironda, Linda
Attachments: image001.png (10 KB); Fed 30 days notice Feb 2013.docx (34 KB) [Preview on web]

**Carrie Bianchi**
**Provost Office**

[handwritten annotation: REFERING TO DEFENDANT. MELISSA JONES]

This time I will file and Injunction in Federal Court. I did send an email explaining that girl is in 30 days notice for legal action (see enclosed), hence, she is in conflict of interest and obviously retaliating. You need to vacate this new charge, so we can avoid legal action. Also I did send a an email to you regarding Ms. Jones retaliatory behavior recommend you to take action on it. This is persecution. There will be another OCR complaint about this issue after 24 hrs of this email. This will be added to current retaliatory open complaint the US dept. of Education.

CC
Moser, Castro, Diggs
US dept. of Education
Civil Rights Unit

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

From: Jones, Melissa
Sent: Tuesday, March 12, 2013 9:00 AM
To: MORALES, EDWARD
Subject: DISCIPLINARY SPECIFICATION OF CHARGES - Morales, Edward

[cid:image001.png@01CE1EFF.FA1CFAA0]
Office of the Vice President for Student Affairs

Purchase College

State University of New York
735 Anderson Road
Purchase, NY 10577-1400

tel    914 251 6030
fax    914 251 6034

SPECIFICATION OF CHARGES FOR DISCIPLINARY ACTION

TO:           Edward Morales
CID #: 1100-624-434
Commuter

FROM:         Melissa Jones, Director for Community Standards

DATE:         March 12, 2013

The Division of Student Affairs has received information that you were allegedly involved in violation on March 8, 2013 when a Student Affairs report was received stating that you violated a No Contact Order. As a result you are being charged with violating College Regulations specifically:

ITEM          CODE#         DESCRIPTION/*RANGE OF SANCTIONS


1.                          F.3                          Violates a no contact order issued by
College.

```
Minimum:  Disciplinary Probation              Maximum:  Expulsion
```

*More severe sanctions may result for repeated, aggravated or multiple violations.

These charges will be discussed at an Initial Conference conducted by me on Monday, March 2013 in my office, Student Services Building (3rd floor) room 317 at 3:00 pm.  If you have conflict and need to reschedule, you may request to do so by contacting me at (914) 251-60 The office is open 9:00 am - 5:00 pm.  You must leave a message if I am not available.  Co of the Incident Report(s) will be available at the Initial Conference.  You can access the Community Standards of Conduct online at
http://www.purchase.edu/departments/StudentAffairs/policies/communitystandards.aspx

The purpose of this conference is to hear your side of the story about the incident and/or police report(s) that we have received.  For specific information on what to expect at you

Initial Conference, please access this link
https://www.purchase.edu/Departments/StudentAffairs/Policies/process/notificationofcharges

If you would like to speak with the Ombudsman, you can reach Paul Nicholson at
paul.nicholson@purchase.edu<mailto:paul.nicholson@purchase.edu> or x6522. For more informat concerning the Ombuds Office, please visit the following link:
http://www.purchase.edu/Departments/Ombuds/default.aspx.

If you fail to appear at the above stated time and place or make alternate arrangements, al matters described will be considered true and you will waive your right to a hearing. Appropriate action will then be taken by the College.  If you have any questions or concern regarding this information you should contact my office for assistance.

cc:      Student File



## Settlement option ASAP
MORALES, EDWARD

You forwarded this message on 3/29/2014 3:16 PM.

Sent: Thursday, December 27, 2012 11:37 PM
To: Bianchi, Carrie; bill.howard@suny.edu; DAgosto, Danielle; DeCooke, Peggy; Delate, John; Espinales, Ricardo; Mait, Ronnie; Nassisi, Richard; Rubin, Francine; Streisfeld, Arnold; Ricciardi, Laura; Gironda, Linda

++++++++++++++++++++++++++++++++NOTICE+++++++++++++++++++++++++++++++

Carrie

Regarding-- but not limited--to damages for the discrimination, violation ADA and invasion of privacy (email hacking). As the school and SUNY may know, I am not interest in suing if the schoo nor SUNY or any body, as long the school and/or SUNY agree to compromise with me in ways that do not have to involve monetary damages and attorneys, except for Attorneys for the school and for my self that will have to draw the documentation or out court settlement, wavers etc; again this settlement may not have to involve monetary damages, but not limited to expenses.

Please be advised that the school may use this document as bindin of my part, and an action of good faith, since I know that SUNY is taking care (dismissal of officials and contract not to be renewed and others) in correcting the discriminatory policies of the school. Also I need to here from you that you are in posetion of this email, and that a proper answer will be available to me within this winter brake. In the case that the school does not answer, I will assumed that the school and SUNY will prefer to litigate. In the case that the school or SUNY decide to talk with me, this conversation must be done through the K Ceng and school and/or SUNY's attorneys and--if decide to have--my Attorney. Please understand that the implication of I taken legal action against all parties, will be through a Law Firm and not as pro-see and will include--but not limited-- to all the school officia (including police officials) named in prior legal documentation[s] sent to the school and SUNY plus Mr. Schwartz and two officials of SUNY Albany as defendant for--but limited--to violation of civil rights--ADA and housing discrimination and invasion of privacy; now that the US Department of Education,

Civil Right Unit have given the OK the litigate. I will wait for your (the school and/or SUNY) answer.




Respectfully,


Edwardo Morales

```
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

CC

Prof.

Arnold Streifeld
```



# harassment

**MORALES, EDWARD**

**Sent:** Thursday, April 4, 2013 3:56 PM
**To:** Bianchi, Carrie; chancellor@suny.edu; bill.howard@suny.edu

Carrie.

A persecution, harassment and retaliation is being conducted by Ms. Melisa Jones, and yesterday by Mr. Kaly Saud, yesterday. Ms. Jones' actions had and are causing severe distress and academic harm, and these actions are the concern your department. I respectfully ask to stop her from contact me anymore. I have sent and copied you several emails today; their content are for your office to take them in serious consideration.

respectfully,

Please file this letter.

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388



harassment - Outlook Web App, light version  3/30/14 11:20

# harassment
**MORALES, EDWARD**

Sent: Thursday, April 4, 2013 3:56 PM
To: Bianchi, Carrie; chancellor@suny.edu; bill.howard@suny.edu

Carrie.

A persecution, harassment and retaliation is being conducted by Ms. Melisa Jones, and yesterday by Mr. Kaly Saud, yesterday. Ms. Jones' actions had and are causing severe distress and academic harm, and these actions are the concern your department. I respectfully ask to stop her from contact me anymore. I have sent and copied you several emails today; their content are for your office to take them in serious consideration.

respectfully,

Please file this letter.

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388



## Students discrimination issues.
**MORALES, EDWARD**

Sent: Wednesday, January 9, 2013 3:41 PM
To: Bianchi, Carrie; Espinales, Ricardo; DeCooke, Peggy; james.moser@ed.gov; Rubin, Francine; bill.howard@suny.edu; MIRANDA, JOHANA

Carrie.

They are a number students coming to me requesting advise regarding discrimination issues; mainly, they are Spanish. For some reason they are in knowledge of my integrity in civil right issues. It is very disturbing what they have to say, and they are willing to go further to have there civil rights respected. One of them --J. Miranda--have a preliminary conference with the student affairs department, and she want me to be with her at the hearing. The student affair (Melisa) has denied that, for obvious reasons, I like to help her since she has very compelling case. Please be advised that if her documentation shows discrimination,  I will recommend her to file a complying with the US Dept of Education, I will meet with her today. If you have any suggestion before hand, please don't hesitate to contact me. Also it is well established how Melisa Jones loves to violate the students civil right knowing that--I quote-- "she is protected and  that the school has legal representation that will protect her"; this remark may create and intentional violation. This so called "protection" is implied by the Us Supreme Court in several landmark case, and only apply to High Schools and bellow schools; not to Universities and under US Constitution; since Universities should be an example, and this school is an example of the opposite.


Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd



# FW: Civil Rights violation
## MORALES, EDWARD

You forwarded this message on 3/30/2014 3:31 PM.

Sent: Thursday, August 9, 2012 7:15 PM
To: bill.howard@suny.edu
Attachments: Morales ltr 8-3--12.docx (49 KB) [Preview on web]; Federal Statutory notice ~1.docx (35 KB) [Preview on web]; Federal Statutory notice ~2.docx (27 KB) [Preview on web]; Morales 7-27-12.pdf (41 KB) [Preview on web]; dejohn v temple decision.pdf (187 KB) [Preview on web]

```
From: MORALES, EDWARD
Sent: Thursday, August 09, 2012 7:00 PM
To: billhoward@suny.edu; james.moser@ed.gov
Subject: Civil Rights violation
```

Mr.
William Howard
SUNY

Sir.

Please find attached a letters from; Wendy L. Kowalczyk (Associate Counsel), that was sent to me, together with other useful documents. This is the second letter this lady send me accusing me or quoting me with action or comments I had never made. As it is, some of Purchase college official may face criminal charge for retaliation(which will never happen), while the college has being investigated for 17 violation of civil rights. It is unfortunate that the lack wisdom and ethical procedures have lead the college to its worst moment. Violation of civil right s is one issue; creating untruthful statements in other to intimidate a disable students is another matter. Please be advised that, I, as law student and more than 10 years of experience in the legal system, I will not allow any more gossip and low character behavior from any SUNY official.

Litigation is imminent, and anyone involved in these unprofessional action will be asked to answer to the law. The pain and suffering the college have inflicted upon my self and others, with their discrimination and retaliatory action is worth to be prosecuted. I hereby, ask you, respectfully, that you take these matters into your own hands, since some diversity in needed. These issues are the result of poor judgement, and the poor application of the US Constitution at a University level...students do not shed their constitutional rights schoolhouse gate"Tinker v. Des Moines Independent Community School District, 393 U.S. 503 (1969). As Tinker said, Universities in special, must be an example of legal obedience. School officials that knowingly and intentional violate the law are the worst epidemic this country can endure, since it affect our children very future. Our very pricipals in which our founding fathers engraved us with the US Constitution, are now again and again being denied to its citizens (students). I have seen this over and over here at purchase. You will find in time that the arrogance ego, and goddest arttitute is the real problem, not the issues them-selves.

One of the latest legal precedent on Students wrights Christian M. DeJohn v. Temple University, that also embrace many other issues, specially on the Amic brief for the student, endorsed by some of the most prestigious association , civil rights groups and attorneys--law firms, of Universities violating over and over the students rights. Purchase college is "good" college because they discriminate specially with housing; employees and their families get ADA accommodation cannot get---just one example. See attached.

Please let us stop making things up--I never asked for free housing--and stick to the issues. At this point having some with the animosity of; Wendy L. Kowalczyk, on the case, will only make it worst.

Sincerely,

E Morales

CC

Jame Moser

US Dept. of Eduaction
Civil Rights

Connected to Microsoft Exchange

**Subject:** FW: Michele Battiste
**From:** MORALES, EDWARD (EDWARD.MORALES@purchase.edu)
**To:** eam6000@yahoo.com;
**Date:** Saturday, March 29, 2014 3:39 PM

---

From: MORALES, EDWARD
Sent: Friday, January 18, 2013 9:28 AM
To: Bianchi, Carrie; Baptiste, Michele; Wendy.Kowalczyk@suny.edu
Subject:

Carrie.

Throughout the time I have been here in school, a year and one halve, as you realize I have encountered and over come many barriers, and still counting. I like to tell you that unfortunately, I have set up an appointment with Michele Baptiste, which I just find-out she existed last week, to file another 2 civil right complaints; this time I would like to give the school to correct it self without leaving-out other options. Since as also may know, my intentions are and will be not damage the school it self as educating body; unfortunately to correct these issues sometime it cannot be accomplished without making difficult decisions that may alter (not terminate) the lives of some employees that that other wise interfere with any necessary remedies and recovery to the reputation to other clients and employees that are always doing the best for their client (students) and co-workers. So it my standard of duty as legal study student (completed) to recommend the dismissal for several employees of the library for their role on systematic (by policy) concurrent poor judgement that leads to discriminatory actions and unprofessional behavior. Theses complaints have been directed to the head of the library for the passed year without any positive consequences, but actual with negatives out-comes .I cannot emphasize more that the library is the school portal to the public and clients-students, and the first impression of the school enters though the library. Regardless of whether the Mediation of current disputes with the school, SUNY and the state take place or not, my recommendations to the school for improvement are many, but nothing more important that the library. A new, energetic, applied, involved library management and re-valuation former students-employees is imperative to improving the image of the school of the school. I also must recommend, commend the dedication and commitment of other library employees. I look forward to see some changes that will bring the library to the high level of professionalism that the school so desperate needs.

Thank you.

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

*[Handwritten note at top:] Student was discriminated / punished wit one year suspension by Dof. Melissa Jones. (This was the student 1er allege offence). She was on her last semester.*

**Subject:** FW: Johana to Melissa
**From:** MORALES, EDWARD (EDWARD.MORALES@purchase.edu)
**To:** eam6000@yahoo.com;
**Date:** Saturday, March 29, 2014 3:27 PM

From: MORALES, EDWARD
Sent: Wednesday, January 9, 2013 1:08 PM
To: MIRANDA, JOHANA
Subject:

Johan resend it as..

Revised.

Dear Melissa,

I hereby request and authorize you to contact and/or email Edward Morales (student) regarding all issues between the school and I. Please note that Edward is not advising nor representing me in any legal matters but merely helping me understand the school conduct procedures, and he will be at any conference or hearing, because I truly believe I have been discriminated for a very long time. Please copy all emails to him also.

Thanks,
Johana Miranda
914-760-4108

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

**Subject:** FW: DISCIPLINARY SPECIFICATION OF CHARGES - Miranda, Johana
**From:** MORALES, EDWARD (EDWARD.MORALES@purchase.edu)
**To:** eam6000@yahoo.com;
**Date:** Saturday, March 29, 2014 3:24 PM

From: MORALES, EDWARD
Sent: Tuesday, January 8, 2013 7:28 PM
To: MIRANDA, JOHANA
Subject: RE: DISCIPLINARY SPECIFICATION OF CHARGES - Miranda, Johana

The attachments never materialized. Please bring all documentation available tomorrow. You must send that email to Melisa tonight and copy it to me..

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

From: MIRANDA, JOHANA
Sent: Tuesday, January 08, 2013 7:01 PM
To: MORALES, EDWARD
Subject: FW: DISCIPLINARY SPECIFICATION OF CHARGES - Miranda, Johana

From: Jones, Melissa
Sent: Monday, January 07, 2013 3:08 PM
To: MIRANDA, JOHANA
Subject: DISCIPLINARY SPECIFICATION OF CHARGES - Miranda, Johana

[cid:image001.png@01CDECE8.D3A42450]
Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Road
Purchase, NY 10577-1400

tel   914 251 6030
fax   914 251 6034

SPECIFICATION OF CHARGES FOR DISCIPLINARY ACTION

TO:    Johana Miranda
CID #: 1101-489-951

FROM:    Melissa Jones, Director for Community Standards

DATE:    January 7, 2013

The Division of Student Affairs has received information that you were allegedly involved in a violation reported on December 21, 2012 when University Police reported threatening behavior by you and your guest. As a result you are being charged with violating College Regulations specifically:

ITEM    CODE#    DESCRIPTION/*RANGE OF SANCTIONS
Charges related to you:

1.    C.3    Threatens, harasses, or intimidates any person, and/or uses words which reasonably tend to incite an immediate, violent reaction and are specifically directed toward another individual (See also the College's Affirmative Action and Sexual Harassment policies).

Minimum: Disciplinary Probation    Maximum: Expulsion

2.    F.6    Fails to respect the ongoing legitimate functions of classes, meetings, office procedures, study, sleep, or any authorized College activity.

Minimum: Reprimand    Maximum: Suspension

Charges related to your guest:

1.    C.3    Threatens, harasses, or intimidates any person, and/or uses words which reasonably tend to incite an immediate, violent reaction and are specifically directed toward another individual (See also the College's Affirmative Action and Sexual Harassment policies).

Minimum: Disciplinary Probation    Maximum: Expulsion

2.    F.6    Fails to respect the ongoing legitimate functions of classes, meetings, office procedures, study, sleep, or any authorized College activity.

Minimum: Reprimand    Maximum: Suspension

*More severe sanctions may result for repeated, aggravated or multiple violations.

These charges will be discussed at an Initial Conference conducted by me on Wednesday, January 9, 2013 in my office, Student Services Building (3rd floor) room 317 at 10:30 am. If you would prefer to conduct your initial conference via telephone phone, please email me at Melissa.Jones@purchase.edu<mailto:Melissa.Jones@purchase.edu> at least 24-hours in advance with a telephone number that I can reach you at. Please note that if you do not answer the given number at the specified time, your Initial Conference will be conducted in your absence. If you have a conflict and need to reschedule, you may request to do so by contacting me at (914) 251-6033. You must leave a message if I am not available. Copies of the Incident Report(s) will be available at the Initial Conference. You can access the Community Standards of Conduct online at http://www.purchase.edu/departments/StudentAffairs/policies/communitystandards.aspx

The purpose of this conference is to hear your side of the story about the incident and/or police report(s) that we have received. For specific information on what to expect at your Initial Conference, please access this link https://www.purchase.edu/Departments/StudentAffairs/Policies/process/notificationofcharges.aspx

If you would like to speak with the Ombudsperson, you can reach Paul Nicholson at paul.nicholson@purchase.edu<mailto:paul.nicholson@purchase.edu> or x6522. For more information concerning the Ombuds Office, please visit the following link: http://www.purchase.edu/Departments/Ombuds/default.aspx.

If you fail to appear at the above stated time and place or make alternate arrangements, all matters described will be considered true and you will waive your right to a hearing. Appropriate action will then be taken by the College. If you have any questions or concerns regarding this information you should contact my office for assistance.

cc:     Student File

Print    https://us-mg5.mail.yahoo.com/neo/launch?.rand=1ko4ech4qp0ii#m

Subject: FW: Johana to Melissa
From: MORALES, EDWARD (EDWARD.MORALES@purchase.edu)
To: eam6000@yahoo.com;
Date: Saturday, March 29, 2014 3:27 PM

*[Handwritten note: Student was discriminated & punished wit one year suspension by Def. Melissa Jones. (This was the student for alleged offence). She was on her last semester.]*

---

From: MORALES, EDWARD
Sent: Wednesday, January 9, 2013 1:08 PM
To: MIRANDA, JOHANA
Subject:

Johan resend it as..


Revised.

Dear Melissa,

I hereby request and authorize you to contact and/or email Edward Morales (student) regarding all issues between the school and I. Please note that Edward is not advising nor representing me in any legal matters but merely helping me understand the school conduct procedures, and he will be at any conference or hearing, because I truly believe I have been discriminated for a very long time. Please copy all emails to him also.

Thanks,
Johana Miranda
914-760-4108


Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

**Subject:** FW: DISCIPLINARY SPECIFICATION OF CHARGES - Miranda, Johana
**From:** MORALES, EDWARD (EDWARD.MORALES@purchase.edu)
**To:** eam6000@yahoo.com;
**Date:** Saturday, March 29, 2014 3:24 PM

---

From: MORALES, EDWARD
Sent: Tuesday, January 8, 2013 7:28 PM
To: MIRANDA, JOHANA
Subject: RE: DISCIPLINARY SPECIFICATION OF CHARGES - Miranda, Johana

The attachments never materialized. Please bring all documentation available tomorrow. You must send that email to Melisa tonight and copy it to me..


Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

---

From: MIRANDA, JOHANA
Sent: Tuesday, January 08, 2013 7:01 PM
To: MORALES, EDWARD
Subject: FW: DISCIPLINARY SPECIFICATION OF CHARGES - Miranda, Johana

---

From: Jones, Melissa
Sent: Monday, January 07, 2013 3:08 PM
To: MIRANDA, JOHANA
Subject: DISCIPLINARY SPECIFICATION OF CHARGES - Miranda, Johana

[cid:image001.png@01CDECE8.D3A42450]
Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Road
Purchase, NY 10577-1400


tel    914 251 6030
fax   914 251 6034

# SPECIFICATION OF CHARGES FOR DISCIPLINARY ACTION

TO:        Johana Miranda
CID #: 1101-489-951

FROM:    Melissa Jones, Director for Community Standards

DATE:    January 7, 2013

The Division of Student Affairs has received information that you were allegedly involved in a violation reported on December 21, 2012 when University Police reported threatening behavior by you and your guest. As a result you are being charged with violating College Regulations specifically:

ITEM    CODE#    DESCRIPTION/*RANGE OF SANCTIONS
Charges related to you:

1.    C.3    Threatens, harasses, or intimidates any person, and/or uses words

which reasonably tend to incite an immediate, violent reaction and are specifically directed toward another individual (See also the College's Affirmative Action and Sexual Harassment policies).

Minimum: Disciplinary Probation        Maximum: Expulsion


2.    F.6    Fails to respect the ongoing legitimate functions of classes,

meetings, office procedures, study, sleep, or any authorized College activity.

Minimum: Reprimand        Maximum: Suspension


Charges related to your guest:

1.    C.3    Threatens, harasses, or intimidates any person, and/or uses words

which reasonably tend to incite an immediate, violent reaction and are specifically directed toward another individual (See also the College's Affirmative Action and Sexual Harassment policies).

Minimum: Disciplinary Probation        Maximum: Expulsion


2.    F.6    Fails to respect the ongoing legitimate functions of classes,

meetings, office procedures, study, sleep, or any authorized College activity.

Minimum: Reprimand        Maximum: Suspension

*More severe sanctions may result for repeated, aggravated or multiple violations.

These charges will be discussed at an Initial Conference conducted by me on Wednesday, January 9, 2013 in my office, Student Services Building (3rd floor) room 317 at 10:30 am. If you would prefer to conduct your initial conference via telephone phone, please email me at Melissa.Jones@purchase.edu<mailto:Melissa.Jones@purchase.edu> at least 24-hours in advance with a telephone number that I can reach you at. Please note that if you do not answer the given number at the specified time, your Initial Conference will be conducted in your absence. If you have a conflict and need to reschedule, you may request to do so by contacting me at (914) 251-6033. You must leave a message if I am not available. Copies of the Incident Report(s) will be available at the Initial Conference. You can access the Community Standards of Conduct online at http://www.purchase.edu/departments/StudentAffairs/policies/communitystandards.aspx

The purpose of this conference is to hear your side of the story about the incident and/or police report(s) that we have received. For specific information on what to expect at your Initial Conference, please access this link https://www.purchase.edu/Departments/StudentAffairs/Policies/process/notificationofcharges.aspx

If you would like to speak with the Ombudsperson, you can reach Paul Nicholson at paul.nicholson@purchase.edu<mailto:paul.nicholson@purchase.edu> or x6522. For more information concerning the Ombuds Office, please visit the following link: http://www.purchase.edu/Departments/Ombuds/default.aspx.

If you fail to appear at the above stated time and place or make alternate arrangements, all matters described will be considered true and you will waive your right to a hearing. Appropriate action will then be taken by the College. If you have any questions or concerns regarding this information you should contact my office for assistance.

cc:     Student File