
Print

Case 7:13-cv-02586-NSR   Document 37-18   Filed 04/17/14   Page 1 of 14

https://us-mg5.mail.yahoo.com/neo/launch?.rand=1ko4ech4qp0ii#ma

| | |
|---|---|
| Subject: | FW: counseling |
| From: | MORALES, EDWARD (EDWARD.MORALES@purchase.edu) |
| To: | eam6000@yahoo.com; |
| Date: | Saturday, March 29, 2014 3:22 PM |

From: MORALES, EDWARD
Sent: Thursday, January 3, 2013 4:30 PM
To: Cloidt, Joseph
Subject: RE: Outreach

Please set up an appointment, I seem to have difficulty coping with issues and having nightmare. please note that confidentiality is the paramount importance for my recovery. Sine after my accident in the WTR, I dealt with PTSD, but this one seem to be more severe, and I do suffer form a Disthamic disorder, which can become into a severe depression; please avoid communication to ether ( including K. Ceng, since she is mediating between the school and me,with a 90% towards the school) about my problem, since the standard of duty in this school is to/and within the emplyees of the school, and not to the students as it should be.

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

From: Cloidt, Joseph
Sent: Friday, December 21, 2012 3:45 PM
To: MORALES, EDWARD
Subject: Outreach

Hi Edward,
It was good to meet you the other day. Kathleen Ceng contacted the Counseling Center to let us know that you shared with her that you had a breakdown. Ms. Ceng expressed that she is concerned about you and the difficult time you are currently having. Ms. Ceng would like to be assured that you are receiving the support of the Counseling Center. I would greatly like to be able to assure Ms. Ceng that you have initiated contact with the Counseling Center and have expressed a desire to participate in counseling during the Spring Semester of 2013 starting in January. In order to communicate this to Ms. Ceng I will need you to come to the Counseling Center before 5:00pm today or at the beginning of the next semester in January to sign a consent to release information to her.
I look forward to seeing you soon, either today or early next semester.
Respectfully,
Joe

Joseph F. Cloidt, LMHC
Staff Counselor

Purchase College Counseling Center
735 Anderson Hill Rd.

3/30/2014 8:09 PM

Purchase, NY 10577-1402
(914) 251-6390
(914) 251-6399 fax
joseph.cloidt@purchase.edu
www.purchase.edu

The use of electronic e-mail is not a secure form of communication and should not be used for uregent needs or emergencies. To discuss matters of a confidential nature, please call the Counseling Center at 914-251-6390.



Subject: FW: Settlement option ASAP
From: MORALES, EDWARD (EDWARD.MORALES@purchase.edu)
To: eam6000@yahoo.com;
Date: Saturday, March 29, 2014 3:16 PM

Edward Morales
Binghamton University
Box 10134
P.O. Box 6020
Binghamton, NY  13902-6020
(914)297-2090 (not active)
(914)410-7647 cell

Disclaimer,

This transmittal is intended for a particular addressee(s). It may be a PRIVATE and CONFIDENTIAL attorney-client communication. If it is not clear that you are the intended recipient, you are now notified that you have received this message by mistake; any review, copying or distribution or dissemination is strictly prohibited. If you suspect that you have received this transmittal in error, please notify immediately by email replying to the sender and delete the transmittal and any attachments.

---

From: MORALES, EDWARD
Sent: Thursday, December 27, 2012 11:37 PM
To: Bianchi, Carrie; bill.howard@suny.edu; DAgosto, Danielle; DeCooke, Peggy; Delate, John; Espinales, Ricardo; Mait, Ronnie; Nassisi, Richard; Rubin, Francine; Streisfeld, Arnold; Ricciardi, Laura; Gironda, Linda
Subject: Settlement option ASAP

++++++++++++++++++++++++++++++++NOTICE++++++++++++++++++++++++++++++++


Carrie

Regarding-- but not limited--to damages for the discrimination, violation ADA and invasion of privacy (email hacking). As the school and SUNY may know, I am not interest in suing if the school nor SUNY or any body, as long the school and/or SUNY agree to compromise with me in ways that do not have to involve monetary damages and attorneys, except for Attorneys for the school and for my self that will have to draw the documentation or out court settlement, wavers etc; again this settlement may not have to involve monetary damages, but not limited to expenses.

Please be advised that the school may use this document as binding of my part, and an action of good faith, since I know that SUNY is taking care (dismissal of officials and contract not to be renewed and others) in correcting the discriminatory policies of the school. Also I need to here from you that you are in posetion of this email, and that a proper answer will be available to me within  this winter brake. In the case that the school does not answer, I will assumed that the school and SUNY will prefer to litigate. In the case that the school or SUNY decide to talk with me, this conversation must be done through the  K Ceng and school and/or SUNY's attorneys and--if decide to have--my Attorney. Please understand that the implication of I taken legal action against all parties, will be through a Law Firm and not as pro-see and will include--but not limited-- to all the school official (including police

officials) named in prior legal documentation[s] sent to the school and SUNY plus Mr. Schwartz and two officials of SUNY Albany as defendant for--but limited--to violation of civil rights--ADA and housing discrimination and invasion of privacy; now that the US Department of Education, Civil Right Unit have given the OK the litigate. I will wait for your (the school and/or SUNY) answer.

Respectfully,

Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

CC

Prof.

Arnold Streifeld

**Subject:** FW: Moving to V012A ADA accomodation
**From:** MORALES, EDWARD (EDWARD.MORALES@purchase.edu)
**To:** eam6000@yahoo.com;
**Date:** Saturday, March 29, 2014 3:14 PM

---

From: MORALES, EDWARD
Sent: Thursday, December 20, 2012 11:11 PM
To: Delate, John
Subject: RE: Moving to V012A

OK

John,
Edwardo Morales
SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

---

From: Delate, John
Sent: Thursday, December 20, 2012 12:24 PM
To: MORALES, EDWARD
Cc: Wang, Jinny; Sicat, John; Saud, Kyle
Subject: Moving to V012A

*[handwritten annotation: "Housing Accomodation" with arrow pointing to Cc line]*

Hi Edward,

In accordance with medical accommodation paperwork that seeks a ground-floor room for you, we are re-assigning you to V012A, a first floor apartment. As you desired accommodations over the winter break, PREP housing is the only option and the previous space, V015B, was the only space available as of yesterday. However, we received notice yesterday evening that V012A became available and we are now able to better accommodation your request.

Please note that your housing bill will reflect the cost for prep housing beginning on December 21, 2012.

I hope you enjoy your housing.

John

John Delate
Residence Life

Subject: FW: Violation of the communication Act (email kacking)
From: MORALES, EDWARD (EDWARD.MORALES@purchase.edu)
To: eam6000@yahoo.com;
Date: Saturday, March 29, 2014 3:07 PM

From: MORALES, EDWARD
Sent: Tuesday, August 14, 2012 2:33 PM
To: Junor, Bill; (CTS.helpdesk.maildrop); james.moser@ed.gov; wendy.kowalczyk@suny.edu; bill.howard@suny.edu; Bianchi, Carrie
Subject: Violation of the communication Act

*******************************************NOTICE**************************

To:
Bill Junor
CTS Director

[Handwritten annotation: COMPUTER CENTER AT SUNY PURCHASE]

Its has come to attention and to the attention of the US dept of Education "Civil Right" unit in NYS, that you are dispersing students email's passwords to school officials. This is serious Federal crime and violation of individual civil rights. You or the school or both are ebigatiing the students to use your system[s] only this an aggravating factor. I have tried to forward the school email to my private email you do not allow it. You have dispersed my email password to R. Nassisi in term he has provided the same to other official, e.g. L Espinalez from HR. This last person open my email account in front of me knowing the user ID and pass word, I ask how did he get my ID and Password? he said " R Nassisi provided to him; but he (Espinalez) did go into the habit of watching students emails too much". You need to stop these practices immediately. Bellow is not a legal research, but it will give an idea of the legality of "hacking students email" from pervert minds.

Laws and regulations
Main articles: Privacy law and Information privacy law

The concept of "online privacy" is very broad and tends to cover other aspects of telecommunications and technology. The privacy concerns relate to both the misuse of certain information or the disclosure of this to others. Over the last thirty years, consumer privacy is a public issue that has received substantial attention. These rights protect individuals against the obligations by government. The growth of the Internet in general has produced new concerns about protecting the rights of consumers online. The Privacy Act prohibits the disclosure of personal information, no matter how this information is gathered. The consumers' control and knowledge applied to on the internet come under two categories- purchasing and surfing. The legal protection law for individual privacy in the United States has been passed fairly recently, and limits the protection of data. Data collection methods have raised concerns about consumer privacy. The FTC, in their efforts to ensure success, has developed principles that would protect consumers and the information they choose to display.
USA Patriot Act

The USA Patriot Act, signed into law on October 26, 2001 by former President Bush, is legislation to enhance law enforcement investigatory tools, investigate online activity, as well as to discourage terrorist acts both within the

United States and around the world. This act reduced restrictions for law enforcement to search various methods and tools of communication such as telephone, e-mail, personal records including medical and financial, as well as reducing restrictions with obtaining of foreign intelligence.[104] Many of these expanded powers and lowered standards are not limited to terrorist investigations.[105]

The USA PATRIOT Act, professionally known as the "Uniting and Strengthening America by Providing Appropriate Tools Require to Intercept and Obstruct Terrorism Act" was put in to effect in reaction to the 9/11 Terrorist attacks. President Bush wanted to prevent terrorism in the United States and he believed that by keeping an eye on communication around the country, terrorism could be diminished. Although many people supported this law because of the September 11 attacks and the desire to keep America safe, many believe that this act interferes with civil liberties. The USA PATRIOT Act has been described as "unjustified infringement of privacy, association, and due process rights." After the act passed, federal law enforcement now has access to additional wiretapping and surveillance.[106]

Electronic Communications Privacy Act (ECPA)

The Electronic Communications Privacy Act, enacted in 1986, is known as a "victory for privacy." This act lays the boundaries for law enforcement having access to person electronic communication and stored electronic records. This includes email, pictures, date books, etc. With the enormous growth in the use of computers, many people store numerous items on servers that can ultimately be visible to many people. The ECPA protects this information from being accessed by law enforcement. There are five parts to the Act. Part I discusses the origin of the ECPA, Part II the law enforcement and the access provisions made involving electronic communication. Part II explains why this Act is needed due to the increase of personal internet use by individuals. Part IV observes the "business records cases" and pinpoints three principles. Lastly, Part V discusses ECPA's reliance on the "business records cases" and the points against Part IV of the act.[107]

This act makes it unlawful under certain conditions for an individual to reveal the information of electronic communication and contains a few exceptions. One clause allows the ISP to view private e-mail if the sender is suspected of attempting to damage the internet system or attempting to harm another user. Another clause allows the ISP to reveal information from a message if the sender or recipient allows to its disclosure. Finally, information containing personal information may also be revealed for a court order or law enforcement's subpoena.[39]

Employees and employers Internet regulations

When considering the rights between employees and employers regarding internet privacy and protection at a company, different states have their own laws. Connecticut and Delaware both have laws that state an employer must create a written notice or electronic message that provides understanding that they will regulate the internet traffic.[108] By doing so, this relates to the employees that the employer will be searching and monitoring emails and internet usage. Delaware charges $100 for a violation where Connecticut charges $500 for the first violation and then $1000 for the second.[108] When looking at public employees and employers, California and Colorado created laws that would also create legal ways in which employers controlled internet usage.[108] The law stated that a public company or agency must create a prior message to the employees stating that accounts will be monitored. Without these laws, employers could access information through employees accounts and use them illegally.[109] In most cases, the employer is allowed to see whatever he or she pleases because of these laws stated both publicly and privately.[110]

Gramm-Leach-Bliley Act

The Gramm-Leach-Bliley Act (GLB) was signed into law by U.S. President Bill Clinton and repealed part of the Glass-Stegall Act of 1933. The purpose of the legislation was to allow institutions to participate more broadly across investment banking, insurance, and commercial banking. The GLB also includes several provisions that aim to protect consumer data privacy. The Safeguards Rule, which implements the security requirements of the GLB Act, requires financial institutions to have reasonable policies and procedures to ensure the security and confidentiality of customer information.[111]

The Children's Online Privacy Protection Act (COPPA)

The Children's Online Privacy Protection Act prohibits website operators from knowingly collecting personally

identifiable information from children under 13 years old without parental consent. It requires site operators to collect only personal information that is "reasonably necessary" for an online activity. This law was put into action as an act in 1998 and took effect in 2000. Personal information that is not allowed to be obtained from children includes their full name, home or e-mail address, telephone number or social security number. This law was enacted in order to give parental control over the information collected from their children online and to know how that information is used or shared. In order to enforce this law, the FTC actively monitors websites. The FTC recommends that websites screen users if they collect personal information or if children under 13 could potentially be using the website.

Privacy Bill of Rights

On February 22, 2012 the Obama administration signed an agreement to put some new rules in place to regulate the information that can be taken from people on the Internet. Previously, companies have not been under any federal restrictions and have been basically in charge of themselves. Due to the recent uprisings about how companies, such as Facebook and Google, are using people's information, the Obama administration felt it necessary to act. These new regulations will be a "privacy bill of rights." And as a result, companies will have to change their privacy policies to ensure that personal information will only be used for things specifically permitted by the person giving it.[112]

The National Telecommunications and Information Administration in collaboration with certain privacy activist groups will be working to develop "codes of conduct" for companies who collect personal information. However, some people fear the that the Federal Trade Commission will not be able to enforce these "codes of conduct" due to the fact that Congress has not passed these privacy regulations to law as of yet. It does appear that companies are willing to work with the government in order to calm the uproar with online privacy currently.[112]

It was a document that the Obama Administration created to suggest how companies should protect consumer online information. Seven different rights that are outlined in this document. The first "right" is Individual control. Companies must provide clear and easy to understand policies on how they are going to use the consumer's data. The second "right" is transparency. Companies should outline clearly why they want to collect consumer's data. The third "right" is Respect for context. It means that the firm cannot decide it wants to use data for another purpose. The fourth "right" is Security. Consumers expect that firms provide adequate protection of their data. The fifth "right" is Access and Accuracy. The consumer should able to access their personal data to make edits. The sixth "right" is Focused collection. Companies should only collect the data that they need. The last "right" is Accountability. Companies should be held accountable for lost data. This document has not become a law yet.
International Internet privacy policies

Global privacy policies

Google has long been attacked for their lack of privacy in the U.S. as well as abroad. In 2007, however, the tables began to turn. Peter Fleischer, a Google representative, addressed the U.N. in France regarding privacy issues and expressed that the current international privacy policies were not adequately protecting consumers. Instead of continuing to enforce broken and ineffective Internet privacy laws, the Google representative proposed that the United Nations establish a global privacy policy that would efficiently protect consumers privacy while causing the least possible amount of negative impact on web browsers such as Google. At that time, Google was under investigation by the European Union for violating the global privacy policies that were already in place. The greatest issue related to Internet privacy internationally is that of data collection. At this point in time, the U.S. and the European Union had separate sets of privacy policies, making it increasingly difficult for companies such as Google to exist globally without violating such policies. Google is just one example of a large company whose primary goal is to make money by serving their product, web browsing, to consumers. Consumers, however, are concerned with the quality of that product and their privacy. Online data collection by search engines allows Internet businesses to track consumer's online roadmap, everything from the sites they visit to the purchases they make. This poses problems globally to those who are web users around the world, especially in a world where there is no overarching privacy policy. The general consensus of this issue regarding international privacy violations at the time of Fleischer's U.N. address is that, since the Internet is global, the privacy policies should also be global and unified.

Data protection regulation

Currently, as of March 2012, the need for a set of unified privacy policies has been met by the European Union with proposed legislation. The Data Protection Regulation is a proposed set of consistent regulations across the European Union that will protect Internet users from clandestine tracking and unauthorized personal data usage. This regulation will further protect user's privacy rights in two key ways: clearly defining the term "personal data" and increasing punishments for those who violate user's online privacy. In Article 4(2) of the proposed legislation, the definition of personal data is expanded significantly to include any information online that could be traced to an individual. In Articles 77 and 79 of the proposed legislation, appropriate punishments are outlined for many possible violations of user's privacy rights by controllers and effective enforcement of data protection is guaranteed. The Data Protection Regulation will also hold companies accountable for violations of the regulation by implementing a unified legislation outlining specific repercussions for various types of violations based on severity. The CDT, the Center for Democracy & Technology, has carefully evaluated this proposed legislation in detail and officially issued an analysis on March 28, 2012. The Center for Democracy & Technology is a nonprofit organization that advocates for Internet freedom and online privacy through government public policy. Analyses such as this interpret the governmental propositions for Internet users and promote democracy by allowing all the opportunity to agree or disagree with the proposition prior to its ruling. This analysis is posted publicly on the Internet, in compliance with the mission of CDT, and addresses each section of the Data Protection Regulation and the potential pitfalls of each article. The two major issues the CDT addresses in this analysis of the Data Protection Regulation are the inflexible rules against profiling users based on their Internet usage and the parental consent policy in regards to controlling the online information of children. The European Union seems to be following the lead of the Obama administration's recently implemented privacy bill and global Internet privacy policies are on the horizon.

E. Morales


CC
James.moser@ed.gov [US dept of Education]

CC
Wendy.kowalczyk@suny.edu [SUNY]

CC
Bill.howard@suny.edu [SUNY]

CC
Bianchi, Carrie [Purchase College]

CC

FERPA is administered by:
Family Policy Compliance Office
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-8

Subject: FW: No housing accomdation at the lwest price due to age
From: MORALES, EDWARD (EDWARD.MORALES@purchase.edu)
To: eam6000@yahoo.com;
Date: Saturday, March 29, 2014 3:05 PM

From: MORALES, EDWARD
Sent: Tuesday, August 14, 2012 1:24 PM
To: Mait, Ronnie; Bianchi, Carrie; Grogan, Patricia
Subject: RE: Library Accommodations

Please.

Extend and re-new accommodation at the library, since the campus housing will not accommodate me at the lowest price available due to my age; therefore another complaint will be file for" age and housing discrimination and non-ADA housing accommodation"In the mean time please new my personal books holding at the library as need; starting immediately.

Thank you.

E Morales

From: Mait, Ronnie
Sent: Monday, July 16, 2012 9:37 AM
To: MORALES, EDWARD
Cc: Balascio, Qui Qui; Palmieri, Ernie
Subject: FW: Accommodations

Ronnie Mait
Office of Special Services
Purchase College SUNY
735 Anderson Hill Road
Purchase, New York 10577
(914) 251-6035
(914) 251-6399 (fax)

From: Mait, Ronnie
Sent: Monday, July 16, 2012 9:31 AM
To: Hunt, Alfred
Cc: Palmieri, Ernie; Balascio, Qui Qui
Subject: Accommodations

Please be advised that Edward Morales is entitled to extra time on his exams as well as a private test location.

If you need any additional information please do not hesitate to call me.


Ronnie Mait
Office of Special Services
Purchase College SUNY
735 Anderson Hill Road
Purchase, New York 10577
(914) 251-6035
(914) 251-6399 (fax)

## RE: DISCIPLINARY SPECIFICATION OF CHARGES - Morales, Edward
MORALES, EDWARD

This message has been marked as Confidential.

Sent: Monday, February 11, 2013 10:57 PM
To: Kowalczyk, Wendy [Wendy.Kowalczyk@suny.edu]; Ceng, Kathleen; DAcosto, Danielle; diane.castro@ed.gov; james.moser@ed.gov

Mrs. Kowalczyk,

Thank you for returning my email and taking the time but part of my accommodation for disability is that I need assistance for vacating a building in school. My apartment here school is my only and permanent address, thus assistance was not available, hence it canno mandatory and penalized, and community standards should follow ADA accommodation pressing charges. In my own apartment--inside--is not school property, and if a police officer tha disrespectful inside my home, does not have provable cause that a crime has been committed for going into my bedroom when the bread on the toaster bunt, which is highly a "Damages, defaces, destroys, or tampers with property owned by the college or in the possession of another person", I have the right to ask him to leave.I do have the police report in front me, I will email it to you tomorrow. The police report distort the facts--as usual-- it do not mention that the officer requested "driver license" instated of the school ID"since I not fit the student profile" and "he was sure that this could not be my permanent address" have the right to terminate any permission to enter my protected home, when if I feel threatened to be arrested if I do not produce my driver license, he later called his supervisor and he told leave the premises, he then apologized and saying "he was new on the job" This same police report was use for the configuration of the charges, and inside my h is not school grown, specially when it is my only permanent address. Having said this, it only provable that the school again is acting in retaliation by issuing charges that are extreme, unconstitutional,misleading, and since they ( have communicated to other official "they will get me expelled before graduation"--referring to residential life. Right now I h a better case to retaliation that during last summer, since this accusation are not founde You must remember all of this for burnt toast; you tell me it is not base on retaliation? I am not sure about the other charges but I have filed a complaint about an discriminatory action against one professor, which I sent to him 2 days ago. The next day I get charged wi "Fails to respect the ongoing legitimate functions of classes, meetings, office procedures, study, sleep, or any authorized College activity", you tell me if is this is not retaliatio

Mrs Kowalczyk, you do have a standard of duty as an Attorney to stand by the fact and not assumption. I have giving you all the opportunities to work with me, but is seems, with all respect, that you have taken negative emotions towards me,which is not your standard of dut You may be behind all of these discriminatory action, but i prefer to think that your are n last summer I was put in probation as a retaliatory action, now they are looking to expel m this is how tragedies happen, by punching people to the edge and not doing thing in a timel legal and professional manner; of course this is not not my case, but the on-set of PTSD is with me,and I being treated for it. I am also a disable person,with a lot of witnesses (including school officials) and legal training and also very intelligent, if you thing tha you cannot control this issues properly then ask me to leave the school,and I will. You kno there are severe discriminatory--retaliatory and issues of abuse here,at school,in fact t are many students being seen by Psychologist--including me--because of the same reason.By m telling you all of this , I am also putting on notice about them, and responsible due to ro as an Attorney.Please understand that dismissing me from school will only help my case. I w wait for you response, and see your actions, which in term will dictate my actions.

Last year...How could issue a "no contact order" for someone you never meet and it is in y class, but you do not psychically know her? how do you interpret the law? how could you be issuing a vacating order if you know your are discriminating based on age and ADA?

Thanks,

SUNY Purchase College
735 Anderson Hill Rd
Box #0004
Purchase, NY 10577
(914)751-4388

From: Kowalczyk, Wendy [Wendy.Kowalczyk@suny.edu]
Sent: Monday, February 11, 2013 9:30 PM
To: MORALES, EDWARD

*[Handwritten annotations at top: "MIX ROUTINE DESIGNATIO Defendant R. Espinales AGAIN AS Aff. Action Officer"]*

RE: Affirmative Action Update - Outlook Web App, light version

## Outlook Web App

**Deleted Items**
**Drafts** (15)
**Inbox** (697)
**Junk Email**
**Sent Items** (2)

Click to view all folders

**Attached Received** (2)
**E-mails from students**
**Letters From FED & State**
**Notes From Financial Aid**
**Notes From Registar**

Manage Folders...

### RE: Affirmative Action Update
**MORALES, EDWARD**

Sent: Wednesday, July 10, 2013 7:35 PM
To: Schwarz, Thomas

Is there any other reason why she resigned?

Edward Morales
Binghamton University
Box 10134
P.O. Box 6020
Binghamton, NY  13902-6020
(914)297-2090 (not active)
(914)410-7647 cell

Disclaimer,

This transmittal is intended for a particular addressee(s). It may be a PRIVATE and CONFIDE attorney-client communication. If it is not clear that you are the intended recipient, you notified that you have received this message by mistake; any review, copying or distributio dissemination is strictly prohibited. If you suspect that you have received this transmitta error, please notify immediately by email replying to the sender and delete the transmittal attachments.

---

From: Schwarz, Thomas
Sent: Wednesday, July 10, 2013 4:46 PM
To: The Campus Community
Subject: Affirmative Action Update

[http://www.purchase.edu/sharedmedia/images/BroadcastEmailTemplates/presidentoffice/preside top-header.png]<https://www.purchase.edu/AboutPurchase/President/>
Please be advised that our Affirmative Action Officer, Michelle Baptiste, has resigned to t at City College. As we search for a new Affirmative Action/Chief Diversity Officer, Ricardo Espinales has agreed to act as Interim Affirmative Action Officer. We hope to complete this by early fall.

Thank you for your cooperation and understanding during this time.


[http://www.purchase.edu/sharedmedia/images/BroadcastEmailTemplates/presidentoffice/preside icon1.png]

http://www.purchase.edu/president<https://www.purchase.edu/AboutPurchase/President/>
914.251.6010
914.251.6014 (fax)

[http://www.purchase.edu/sharedmedia/images/BroadcastEmailTemplates/presidentoffice/preside icon3.png]          Purchase College, SUNY
735 Anderson Hill Road,
Purchase, NY 10577